UNITED STATES DISTRICT COURT
For The
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-CV-10468-IT

TOMMY GIGUÈRE,
       Petitioner

v.

STACY TARDIF,
       Respondent

### ENTRY OF APPEARANCE AS CO-COUNSEL FOR PETITIONER

PLEASE ENTER my appearance as Co-Counsel with Wendy O. Hickey, Esquire on behalf of the Petitoner, TOMMY GIGUÈRE, in connection with the above-captioned matter.

Date: May 13, 2025

Respectfully submitted,
**TOMMY GIGUÈRE**,
By his attorneys,

By: *Stephanie L. Curtin*
Wendy O. Hickey, BBO #657457
Stephanie L. Curtin, BBO #693877
Brick, Jones, McBrien & Hickey LLP
250 First Avenue, Suite 201
Needham, MA  02494
P: (617) 494-1227
scurtin@brickjones.com
whickey@brickjones.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance of Stephanie L. Curtin was served on the respondent, Stacy Tardiff, to her attorney on record, Brian Waller, Turco Legal PC, 29 Water Street, Suite 301, Newburyport, MA via email delivery only at brian@turcolegal.com.

*Stephanie L. Curtin*