UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TOMMY GIGUERE,
    Plaintiff

v.                             CIVIL ACTION NO. 1:25-CV-10468-IT

STACY TARDIF,
    Defendant

## [PROPOSED] SCHEDULING ORDER

TALWANI, D.J.

This scheduling order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

## TIMETABLE FOR DISCOVERY AND MOTION PRACTICE

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Initial Disclosures:** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this court's Notice of Scheduling Conference must be completed by May 23, 2025.

2. **Amendments to Pleadings:** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after May 23, 2025.

3. **Fact Discovery.**

    a. All requests for production of documents and interrogatories must be served by May 28, 2025.
    b. All requests for admissions must be served by May 28, 2025
    c. All depositions, other than expert depositions, must be completed by June 13, 2025.
    d. All discovery, other than expert discovery, must be completed by June 13, 2025.

4. **Obligation to Supplement**. Supplemental disclosures under Fed. R. Civ. P. 26(e) shall be made promptly after the receipt of infomration by the party or counsel, and in any event, no later than the completion of fact discovery, unless good reason can be shown for why such information was not available.

5. **Close of Fact Discovery Status Conference**. A status conference will be held on or about the end of fact discovery.

6. **Expert Discovery**.
   a. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by May 31, 2025.
   b. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by May 31, 2025.
   c. Trial experts must be deposed by June 13, 2025.

7. **Dispositive Motions.** Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by June 30, 3025.

## PROCEDURAL PROVISIONS

8. **Extension of Deadlines**. All requests to extend or modify deadlines must be made by motion and must state: (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reasons for the requested extension; and (5) whether the opposing party consents and, if not, the reasons given for refusing to consent. The motion shall also contain a summary of the discovery, if any, that remains to be taken, and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion. Motions to extend or modify deadlines will be granted only for good cause shown.

   If the requested extension or modification affects any other scheduled dates, a represented party must submit a proposed revised scheduling order using tis template. (A *pro se* party may, but is not required to, submit a proposed revised scheduling order.)

   Absent an emergency, any request for an extension or adjournment shall be made at least forty-eight hours prior to the deadline or scheduled appearance.

9. **Motions to Compel or Prevent Discovery**. Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days

after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

10. **Status Conferences**. The court will schedule a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that an additional status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

11. **Additional Conferences**. Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.

12. **Early Resolution of Issues**. The court recognizes that, in some cases, early resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel is encouraged to confer and jointly advise the court of any such issues.

13. **Pretrial Conference**. Lead trial counsel are required to attend any pretrial conference.

14. **Discovery Disputes**. Counsel encountering a discovery dispute are encouraged to request a conference with the court before filing a discovery motion. Counsel who opt to file a discovery motion shall comply with the court's Standing Order on Discovery Disputes.

_____

United States District Judge