UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tommy Giguere,

      PETITIONER

    v.

Stacy Tardif,

      RESPONDENT

Civil Action No. 1:25-CV-10468-IT

## MOTION TO SEQUESTER WITNESSES

NOW COMES the Respondent, Stacy Tardif (hereafter "Mother"), by and through her attorney, Brian Waller, Esq. of Turco Legal, P.C., and respectfully requests that this Honorable Court issue an order for sequestration of witnesses until they have testified. In support of her motion, the Respondent states that:

1. "At a party's request, the court must order witnesses excluded so that they cannot hear other witnesses' testimony." Fed. R. Evid. 615.

2. Respondent requests that witnesses be sequestered until they have completed their testimony to prevent any witness from shaping their testimony based on evidence presented through the testimony of others.

3. Counsel for the parties discussed this issue on July 8, 2025 in an effort to resolve the issue, pursuant to Local Rule 7.1(a)(2), prior to filing this motion.

4. Based on that discussion, Petitioner does not oppose this motion.

WHEREFORE, the Petitioner respectfully requests that the Court enter an order that witnesses be sequestered until they have completed their testimony pursuant to Fed. R. Evid. 615.

Dated: July 11, 2025

                                              Respectfully submitted.

                                              Stacy Tardif,
                                              By her attorney,

                                              _____
                                              Brian Waller, BBO# 685672
                                              Attorney for Respondent

Turco Legal, P.C.<br>
250 Commercial Street, Suite 200<br>
Worcester, MA 01608<br>
Phone: (508) 986-9966<br>
Email: brian@turcolegal.com

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that a true copy of the within Respondent's Motion to Sequester Witnesses upon Petitioner by electronic mail to Wendy Hickey and Stephanie Curtin, Attorneys for Petitioner, of Brick, Jones, McBrien & Hickey LLP, 250 First Ave., Suite 201, Needham, MA 02494 wendy@brickjones.com and stephanie@brickjones.com.

SIGNED under the penalties of perjury.

Dated: July 11, 2025

_____
Brian Waller