UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TOMMY GIGUERE,
     Plaintiff

v.                              CIVIL ACTION NO. 1:25-CV-10468-IT

STACY TARDIF,
     Defendant

## TRIAL EXHIBIT LIST

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 1<br><br>Bates No. 1.1-1.168 | Hague Application for Return of Children filed with Canadian Central Authority together with referenced attachments | Plaintiff | Expect | No objection | | | |
| 2<br><br>Bates No. 2.1-2.52 | Market Residential Lease (Depo Ex. 3) | Plaintiff | If needed | No Objection | | | |
| 3<br><br>Bates No. 3.1 | RMV Appointment Confirmation (Depo. Ex. 4) | Plaintiff | If needed | No objection | | | |
| 4<br><br>Bates No. 4.1 | Stacy's Attestation of temporary stay (Depo Ex. 5) | Plaintiff | Expect | No objection | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 5<br><br>Bates No.<br><br>5.1 | Request for Verification of Gift (Gift Letter) | Plaintiff | If needed | No objection | | | |
| 6<br><br>Bates No.<br>6.1-6.6 | Stacy's Massachusetts Probate and Family Court Rule 401 Financial Statement dated 11/21/2024 | Plaintiff | If needed | Reserve | | | |
| 7<br><br>Bates No.<br>7.1-7.8 | Childcare Enrollment Packet for MG1 signed/dated January 3, 2023 | Plaintiff | Expect | No objection | | | |
| 8<br><br>Bates No.<br>8.1-8.14 | Childcare Enrollment Packet for MG2 signed/dated January 2, 2023 and January 2, 2024 | Plaintiff | Expect | No objection | | | |
| 9<br><br>Bates No.<br>9.1-9.4 | Quebec Health Insurance letter dated May 7, 2025 terminating registration for MG2 | Plaintiff | Expect | No objection | | | |
| 10<br><br>Bates No.<br>10.1-10.4 | Quebec Health Insurance letter dated May 7, 2025 terminating registration for MG1 | Plaintiff | Expect | Reserve | | | |
| 11<br><br>Bates No.<br>11.1 | Stacy Tardif Visa | Plaintiff | Expect | No objection | | | |
| 12<br><br>Bates No.<br>12.1 | MG2 Visa | Plaintiff | Expect | No objection | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 13<br><br>Bates No. 13.1 | MG1 Visa | Plaintiff | Expect | No objection | | | |
| 14<br><br>Bates No. 14.1 | Tommy Giguere Health Insurance Profile and Expiration | Plaintiff | Expect | No objection | | | |
| 15<br><br>Bates No.<br><br>15.1 | MG1 Health Insurance Profile and Expiration | Plaintiff | Expect | No objection | | | |
| 16<br><br>Bates No. 16.1 | MG2 Health Insurance Profile and Expiration | Plaintiff | Expect | No objection | | | |
| 17<br><br>Bates No. 17.1 | Photo of Quebec Health and Hospital Insurance Cards for entire family | Plaintiff | Expect | No objection | | | |
| 18<br><br>Bates No. 18.1 | Photo of Quebec Health and Hospital Insurance Cards for MG1 and MG2 | Plaintiff | Expect | No objection | | | |
| 19<br><br>Bates No. 19.1-19.2 | Quebec Auto Insurance for Kawas ZR100 2016 for the period of 4/15/2023 through 4/30/2024 | Plaintiff | Expect | No objection | | | |
| 20<br><br>Bates No. 20.1-20.2 | Quebec Auto Insurance for Kawas ZR100 2016 for the period 3/14/2025 through 4/30/2026 | Plaintiff | Expect | No objection | | | |

| <u>1</u> | <u>2</u> | <u>3</u> | <u>4</u> | <u>5</u> | <u>6</u> | <u>7</u> | <u>8</u> |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 21 Bates No. 21.1-21.2 | Quebec Auto Insurance for Ford Explorer 2018 for the period 5/15/2023 through 6/30/2024 | Plaintiff | Expect | No objection | | | |
| 22 Bates No. 22.1-22.2 | Quebec Auto Insurance for Ford Explorer 2018 for the period 4/26/2025 through 6/30/2026 | Plaintiff | Expect | No objection | | | |
| 23 Bates No. 23.1 | Massachusetts Certificate of Registration for 2018 Ford Explorer effective 5/3/2024 through 4/30/2026 | Plaintiff | If needed | No objection | | | |
| 24 Bates No. 24.1 | Massachusetts Department of Transportation Certificate of Title for the 2018 Ford Explorer | Plaintiff | If needed | No objection | | | |
| 25 Bates No. 25.1-25.2 | Email Messages from RMV Feedback #11@dot.state.ma.us to tommgiguere1991@gmail.com dated April 7, 2025 at 11:56 AM regarding Authentication Issue and Reset and Submission for RMV Question form submitted April 6, 2025 | Plaintiff | If needed | No objection | | | |
| 26 Bates No. 26.1-26.3 | Email Message from RMV Feedback #12@dot.state.ma.us to tommgiguere1991@gmail.com dated April 7, 2025 at 12:46 PM regarding Registration and Plates and RMV Question form submitted April 5, 2025 | Plaintiff | If needed | No objection | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 27<br><br>Bates No. 27.1 | Email from noreply@cxmflow.com to tard2096@gmail.com dated May 28, 2025 at 9:46 AM regarding Massachusetts Registry of Motor Vehicles Appointment Confirmation | Plaintiff | If needed | No objection | | | |
| 28<br><br>Bates No. 28-1 | Desjardins Joint Account Statement for #52683 titled in Tommy and Stacy's names for July 2024 | Plaintiff | Expect | Reserve | | | |
| 29<br><br>Bates No. 29.1 | Desjardins Joint Account Statement for #52683 titled in Tommy and Stacy's names for August 2024 | Plaintiff | Expect | Reserve | | | |
| 30<br><br>Bates No. 30.1 | Desjardins Joint Account Statement for #52683 titled in Tommy and Stacy's names for September 2024 | Plaintiff | Expect | Reserve | | | |
| 31<br><br>Bates No. 31.1-31.2 | Desjardins Account Statement for #755475 titled in Stacy's name individually for September 2024 | Plaintiff | Expect | Reserve | | | |
| 32<br><br>Bates No. 32-1-32.6 | Two and a half page letter written by Tommy to Stacy in French (and machine translated in Google) | Plaintiff | Expect | Reserve – Date of letter? | | | |
| 33<br><br>Bates No. 33.1-33.4 | October 5, 2022 texts between Roxanne Daigle and Stacy Tardif re Canadian house | Plaintiff | Expect | No objection | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 34<br><br>Bates No. 34.1-34.8 | October 4, 2024 texts between Stacy Tardif and Tommy Giguere re expenses and Canadian house | Plaintiff | Expect | No objection | | | |
| 35<br><br>Bates No. 35.1-35.4 | Saturday, November 2 at 09:36 text between Stacy Tardif and Tommy Giguere re girls' insurance cards | Plaintiff | Expect | No objection | | | |
| 36<br><br>Bates No. 36.1-36.2 | Saturday, November 2 at 07:30 text between Stacy Tardif and Tommy Giguere re bills | Plaintiff | Expect | No objection | | | |
| 37<br><br>Bates No. 37.1-37.8 | March 27, 2025 and March 28, 2025 text between Stacy Tardif and Tommy Giguere | Plaintiff | Expect | | | | |
| 38<br><br>Bates No. 38.1-38.2 | March 11, 2023 between Family/Stephanie and Stacy re putting the house up for sale | Plaintiff | Expect | No objection | | | |
| 39<br><br>Bates No. 39.1-39.2 | 11:24 text Tardif-Giguere-Andrée re making an offer on the 3 Floor property | Plaintiff | If needed | No objection | | | |
| 40<br><br>Bates No. 40.1-40.2 | October 12, 2023 text between Stacy and Family re MG2 vaccination appointment | Plaintiff | Expect | No objection | | | |
| 41<br><br>Bates No. 41.1-41.4 | December 3, 2024 and December 4, 2024 texts between Stacy Tardif and Tommy Giguere re immigration status | Plaintiff | Expect | No objection | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 42<br><br>Bates No. 42.1-42.32 | Sunday, October 6, 2024 and October 9, 2024 texts between Stacy Tardif and Tommy Giguere | Plaintiff | Expect | | | | |
| 43<br><br>Bates No. 43.1-43.2 | Thursday, December 19, 2024 texts between Stacy Tardif and Tommy Giguere re items needed by Tommy including health cards | Plaintiff | Expect | No objection | | | |
| 44<br>Bates No. 44.1-44.2 | Defendant's Motion for Speedy hearing and Short Order of Notice on Defendant's Verified Motion for Temporary Orders Dated October 22, 2024 (dated 10/23/2024) DENIED by the Essex Probate and Family Court on 10/24/2024 | Plaintiff | Expect | No objection | | | |
| 45<br>Bates No. 45.1-45.7 | Tommy's Handwritten NR73 F (23) | Plaintiff | Expect | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |
| 51 | | | | | | | |
| 52 | | | | | | | |
| 53 | | | | | | | |
| 54 | | | | | | | |
| 55 | | | | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | | | | | |
| 59 | | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |
| 63 | | | | | | | |
| 64 | | | | | | | |
| 65 | | | | | | | |
| 66 | | | | | | | |
| 67 | | | | | | | |
| 68 | | | | | | | |
| 69 | | | | | | | |
| 70 | | | | | | | |
| 71 | | | | | | | |
| 72 | | | | | | | |
| 73 | | | | | | | |
| 74 | | | | | | | |
| 75 | | | | | | | |
| 76 | | | | | | | |
| 77 | | | | | | | |
| 78 | | | | | | | |
| 79 | | | | | | | |
| 80 | | | | | | | |
| 81 | | | | | | | |
| 82 | | | | | | | |
| 83 | | | | | | | |
| 84 | | | | | | | |
| 85 | | | | | | | |
| 86 | | | | | | | |
| 87 | | | | | | | |
| 88 | | | | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 89 | | | | | | | |
| 90 | | | | | | | |
| 91 | | | | | | | |
| 92 | | | | | | | |
| 93 | | | | | | | |
| 94 | | | | | | | |
| 95 | | | | | | | |
| 96 | | | | | | | |
| 97 | | | | | | | |
| 98 | | | | | | | |
| 99 | | | | | | | |
| 100 | Complaint for Divorce, ES24D1750DR, Sept. 4, 2024 | Respondent | Expect | No objection | | | |
| 101 | Father's Acceptance of Service of Summons on Divorce, Oct. 11, 2024 | Respondent | Expect | No objection | | | |
| 102 | Stipulation of the Parties, Sept. 20, 2024 | Respondent | Expect | No objection | | | |
| 103 | Agreement for Temporary Orders, Nov. 21, 2024 | Respondent | Expect | No objection | | | |
| 104 | Father's Answer and Counterclaim for Divorce, Oct. 22, 2024 | Respondent | Expect | No objection | | | |
| 105 | Father's Verified Motion for Temporary Orders, Oct. 24, 2024 | Respondent | Expect | No objection | | | |
| 106 | Milestones Preschool Enrollment Forms, Aug. 4, 2024 | Respondent | Expect | No objection | | | |
| 107 | MG1 Appointment Listing, Riverside Pediatrics | Respondent | Expect | Objection | | | |
| 108 | MG2 Appointment Listing, Riverside Pediatrics | Respondent | Expect | Objection | | | |
| 109 | Father's CRA Determination of Residency Status Form signed March 18, 2024 | Respondent | Expect | Reserve | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Exhibit No. for ID | Brief Description | Party Offering Exhibit | Does Party expect to offer or may offer if need arises? | Does opposing side object, reserve, or have no objection? | | | |
| 110 | Mortgage Application Documents | Respondent | May Offer | Reserve | | | |
| 111 | Text Message regarding acceptance of offer to purchase home in Salisbury, MA – July 13, 2023 | Respondent | Expect | No objection | | | |
| 112 | Birthday Party Invitation-Haverhill-Jan. 24, 2024 | Respondent | May Offer | No objection | | | |
| 113 | Dinner Invitation-Nov. 5, 2023 | Respondent | May Offer | No objection | | | |
| 114 | Statement of Employment for Petitioner Jan. 19, 2023 | Respondent | May Offer | No objection | | | |
| 115 | Quitclaim Deed – 207 Beach Road, Salisbury-Sep. 8, 2023 | Respondent | May Offer | No objection | | | |
| 116 | MG1 Developmental Checklist-Jun 2, 2025 | Respondent | Expect | No objection | | | |
| 117 | MG1 PreK Graduation-Jun 12, 2025 | Respondent | Expect | No objection | | | |
| 118 | Letter from Marcelle Poirier – Jun. 26, 2025 | Respondent | Expect | Objection | | | |
| 119 | | | | | | | |
| 120 | | | | | | | |
| 121 | | | | | | | |
| 122 | | | | | | | |
| | | | | | | | |