# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSSACHUSETTS

**TOMMY GIGUERE**

               PETITIONER

   v.                                         **Civil Action No. 1:25-cv-10468-IT**

**STACY TARDIF**,

               RESPONDENT

## ENTRY OF APPEARANCE AS COUNSEL FOR RESPONDENT

PLEASE ENTER my Appearance as Attorney on behalf of Respondent, Stacy Tardif, in connection with the above-captioned matter.

Dated: August 29, 2025                        Respectfully Submitted,

                                                 STACY TARDIF,
                                                 By her Attorney,

                                                 */s/ Matthew P. Barach*
                                                 Matthew P. Barach (BBO # 630245)
                                                 *Attorney for the Respondent*
                                                 Barach Law Group LLC
                                                 40 Speen Street, Suite 205
                                                 Framingham, MA 01701
                                                 P: 617-694-9700 / F: 508-318-6329
                                                 mbarach@barachfamilylaw.com

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, a true and correct copy of the foregoing was served upon all parties of record via the Court's CM/ECF system and via email.

Dated: August 29, 2025    */s/ Matthew P. Barach*
Matthew P. Barach (BBO # 630245)
Attorney for the Respondent
Barach Law Group LLC
40 Speen Street, Suite 205
Framingham, MA 01701
P: 617-694-9700 / F: 508-318-6329