# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSSACHUSETTS

| | |
|---|---|
| **TOMMY GIGUERE**<br><br>PETITIONER<br><br>v.<br><br>**STACY TARDIF**,<br><br>RESPONDENT | **Civil Action No. 1:25-cv-10468-IT** |

### THE RESPONDENT, STACY TARDIF'S, NOTICE OF APPEAL

Notice is hereby given that Stacy Tardif, the Respondent ("Mother"), in the above-captioned case hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment and Order dated August 26, 2025 entered by the Honorable Indira Talwani.

Dated: August 29, 2025

Respectfully Submitted,

STACY TARDIF,
By her Attorney,

*/s/ Matthew P. Barach*
Matthew P. Barach (BBO # 630245)
*Attorney for the Respondent*
Barach Law Group LLC
40 Speen Street, Suite 205
Framingham, MA 01701
P: 617-694-9700 / F: 508-318-6329
mbarach@barachfamilylaw.com

1

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, a true and correct copy of the foregoing was served upon all parties of record via the Court's CM/ECF system and via email.

Dated: August 29, 2025                    */s/ Matthew P. Barach*
                                          Matthew P. Barach (BBO # 630245)
                                          Attorney for the Respondent
                                          Barach Law Group LLC
                                          40 Speen Street, Suite 205
                                          Framingham, MA 01701
                                          P: 617-694-9700 / F: 508-318-6329