Outlook

**Pay.gov Payment Confirmation: MASSACHUSETTS DISTRICT COURT**

**From** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
**Date** Fri 2025-08-29 3:49 PM
**To** Brian Waller <brian@turcolegal.com>

[ORIGINATED OUT OF FIRM]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Kerri Garbus at 617-748-9136.

   Account Number: 5856691
   Court: MASSACHUSETTS DISTRICT COURT
   Amount: $605.00
   Tracking Id: AMADC-11206977
   Approval Code: 08545G
   Card Number: ************0685
   Date/Time: 08/29/2025 03:49:51 ET

NOTE: This is an automated message. Please do not reply