# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSSACHUSETTS

**TOMMY GIGUERE**

        PETITIONER

v.                                **Civil Action No. 1:25-cv-10468-IT**

**STACY TARDIF**,

        RESPONDENT

## THE RESPONDENT, STACY TARDIF'S, NOTICE OF APPEAL

Notice is hereby given that Stacy Tardif, the Respondent ("Mother"), in the above-captioned case hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment and Order dated August 26, 2025 entered by the Honorable Indira Talwani.

Dated: August 29, 2025                    Respectfully Submitted,

                                               STACY TARDIF,
                                               By her Attorney,

                                               */s/ Matthew P. Barach*
                                               Matthew P. Barach (BBO # 630245)
                                               *Attorney for the Respondent*
                                               Barach Law Group LLC
                                               40 Speen Street, Suite 205
                                               Framingham, MA 01701
                                               P: 617-694-9700 / F: 508-318-6329
                                               mbarach@barachfamilylaw.com

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, a true and correct copy of the foregoing was served upon all parties of record via the Court's CM/ECF system and via email.

Dated: August 29, 2025                     */s/ Matthew P. Barach*
                                           Matthew P. Barach (BBO # 630245)
                                           Attorney for the Respondent
                                           Barach Law Group LLC
                                           40 Speen Street, Suite 205
                                           Framingham, MA 01701
                                           P: 617-694-9700 / F: 508-318-6329