# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Giguere v. Tardif

District Court Number: 25cv10468-IT

Fee: Paid? Yes _X_ No ____  Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending    Yes _X_ No ____     Sealed documents    Yes _X_ No ____
*If yes, document #*    58                *If yes, document #*    1

*Ex parte* documents   Yes ____ No _X_     Transcripts         Yes ____ No _X_
*If yes, document #*                       *If yes, document #*

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#56 Findings of Fact and Conclusions of Law, #57 Judgment

Other information:

---

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#56, #57, and #61

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __61__ filed on __August 29, 2025__.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on __September 1, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**