**Exhibit A (Update to previously submitted as Exhibit 3)**

**Legal Fees and Costs for Litigation**

| Date | Hague related Fee | Payee | Fee (USD) | Fee (CAD) | Note |
|---|---|---|---|---|---|
| 3-6-2025 | | Lavery | | $15,179.00 | |
| 3-31-2025 | | Lavery | | $8,647.27 | |
| 4-30-2025 | | Lavery | | $510.49 | |
| 7-9-2025 | | Lavery | | $495.21 | |
| 1-17-2025 | | Christelle Zelaya | | $311.60 | Translation |
| 2-21-2025 | | Christelle Zelaya | | $511.60 | Translation |
| 3-5-2025 | | Brick, Jones, McBrien & Hickey | $8,582.00 | | |
| 4-3-2025 | | Brick, Jones, McBrien & Hickey | $10,887.50 | | |
| 5-2-2025 | | Brick, Jones, McBrien & Hickey | $4,114.50 | | |
| 6-5-2025 | | Brick, Jones, McBrien & Hickey | $12,279.00 | | |
| 7-7-2025 | | Brick, Jones, McBrien & Hickey | $29,087.09 | | |
| 7-15-2025 | | Hotel for trial | | $1,199.94 | For trial |
| 7-22-2025 | | Brick, Jones, McBrien & Hickey | $56,289.67 | | |
| 7-23-2025 | | Hotel for trial | $ 351.12 | | For trial |
| 8-1-2025 | | Brick, Jones, McBrien & Hickey | $37,810.67 | | |
| 9-1-2025 | | Brick, Jones, McBrien & Hickey | $15,451.50 | | |
| | | | Total USD: $174,853.05 | Total CAD: $26,855.11 | |