# United States Court of Appeals
## For the First Circuit

No. 25-1831

TOMMY GIGUERE,

Petitioner - Appellee,

v.

STACY TARDIF,

Respondent - Appellant.

_____

Before

Barron, <u>Chief Judge</u>,
Montecalvo and Aframe, <u>Circuit Judges</u>.

_____

**ORDER OF COURT**

Entered: September 8, 2025

Respondent-appellant has filed an emergency motion to stay the district court's judgment directing the return of her minor children to Québec, Canada, pursuant to the Hague Convention on the Civil Aspects of International Child Abduction, Oct. 25, 1980, T.I.A.S. No. 11670, 19 I.L.M. 150 and the International Child Abduction Remedies Act, 42 U.S.C. §§ 11601 et seq. So that the court may resolve the motion after full briefing, the district court's judgment directing the return of the minor children to Québec is temporarily stayed until further order of court.

Petitioner-appellee's response to the stay motion is due no later than **5:00 p.m. on Wednesday, September 10, 2025**. Any reply is due by **5:00 p.m. on Thursday, September 11, 2025**. Extensions of these deadlines should not be expected. The court intends to rule on the stay motion promptly once it has been briefed.

So ordered.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Indira Talwani
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Wendy O. Hickey
Stephanie L. Curtin
Matthew P. Barach
Brian T. Waller