# United States Court of Appeals
## For the First Circuit

No. 25-1831

TOMMY GIGUÉRE,

Petitioner - Appellee,

v.

STACY TARDIF,

Respondent - Appellant.

Before

Barron, <u>Chief Judge</u>,
Montecalvo and Aframe, <u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: September 9, 2025

      This matter is before the court on respondent-appellant Stacy Tardif's "Emergency Motion [] to Return the Children of the Parties." That motion is based, in part, on this court's order of September 8, 2025, imposing a temporary stay. The temporary stay order was meant only to maintain the status quo and to minimize potential unnecessary shuttling of the children during the pendency of the stay motion. We now conclude that those goals are best served by denying the current motion and vacating the temporary stay. Accordingly, the "Emergency Motion [] to Return the Children of the Parties" is <u>denied</u>, and the temporary stay of the district court's judgment entered September 8, 2025, is <u>vacated</u>.

      The court intends to rule on the stay motion without delay. The court has received a response to the stay motion, and, per the September 8 order, any reply is due by 5:00 p.m. on Thursday, September 11, 2025.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Wendy O. Hickey, Stephanie L. Curtin, Matthew P. Barach, Brian T. Waller