# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: **Tommy Giguere v. Stacy Tardif**
District Court Case No.: **1:25-cv-10468-IT**      District of: **Massachusetts**
Date Notice of Appeal filed: **August 29, 2025**      Court of Appeals Case No.: **25-1831**
Form filed on behalf of: **Stacy Tardif**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ____

## TRANSCRIPT ORDER

Name of Court Reporter: **Robert Paschal**
Phone Number of Reporter: **rwp.reporter@gmail.com**

A. ✓ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☒ Trial | July 16, 17, and 24, 2025 |
| ☒ Closing Argument (plaintiff) | July 29, 2025 |
| ☒ Closing Argument (defendant) | July 29, 2025 |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ____ | |
| ☐ Testimony (specify) ____ | |
| ☐ Other (specify) ____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: **Matthew P. Barach**      Filer's Signature: **/s/ MPB**
Firm/Address: **40 Speen St, # 205, Framingham MA**      Filer's Email address: **mbarach@barachfamilylaw.com**
Telephone number: **617-695-9700**      Date mailed to court reporter: **9/10/25**

(Court Reporter Use ONLY) Date received ____

Form CA1-10 (6/09/09)      SEE INSTRUCTIONS ON REVERSE

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2025, a true and correct copy of the foregoing was served upon all parties of record via the Court's CM/ECF system and via email directly to Petitioner-Appellee's Counsel, along with via email directly to the Court Reporter, Robert Paschal.

Dated: September 10, 2025          */s/ Matthew P. Barach*
                                                              Matthew P. Barach
                                                              Attorney for the Respondent-Appellant
                                                               Barach Law Group LLC
                                                               40 Speen Street, Suite 205
                                                                Framingham, MA 01701
                                                               P: 617-694-9700 / F: 508-318-6329