# Wendy O. Hickey, Esq.

Brick, Jones, McBrien & Hickey LLP,
250 First Avenue, Needham, MA  02494,
(617) 494-1227
whickey@brickjones.com

Bar Admissions:

2003, Massachusetts;
2004, U.S. District Court (Massachusetts);
2007, U.S. Court of Appeals (1st Circuit);
2011, U.S. Supreme Court

Memberships:

Delegate American College of Family Trial Lawyers (2024 – present)
Fellow International Academy of Family Lawyers (2015-present)
    Board of Managers USA Chapter (2016 – 2022; 2024-present)
    Vice President USA Chapter (2025-present)
Fellow American Academy of Matrimonial Lawyers (2018 – present)
    MA Chapter Board of Managers (2019 – present),
    *President* Massachusetts Chapter (2025 – present)
Fellow American Academy of Matrimonial Lawyers Foundation (2012 – present)
Member Association of Family and Conciliation Courts (2017 – present)
Member American Inns of Court, Greater Boston Chapter (2015 – 2024)
Boston Bar Association Family Law Section Steering Committee (2005 - 2020)
    Co-Chair Family Law Section (2016-2018)
    New Lawyers Section, Chair of Newsletter (2008 - 2010)
    Family Law Section, New Lawyers Committee co-chair (2008 - 2009)
    Family Law Section, Newsletter Committee co-chair (2009 - 2014)
    Family Law Section, Legislative Committee co-chair (2014 - 2016)

Education:

    **SUFFOLK UNIVERSITY LAW SCHOOL**, Boston, MA
    Juris Doctorate, *cum laude*: May 2003
    Awards: Honorable Mention for Oral Advocate Award, Legal Practice Skills
    Activities: 2nd year day/ 3rd year evening trial competition; 3rd year day / 4th year evening trial competition; ATLA Trial Team - regional semifinalist 2003.

    **SUFFOLK UNIVERSITY**, Boston, MA
    Bachelor of Science, Criminology, *cum laude:*  December 1998
    Awards:  Alpha Sigma Lambda Honor Society, Sociology Department Academic Achievement Award
    Activities: research assistant for Dr. Maureen Norton-Hawk for article: The Lifecourse of Prostitution

**FISHER COLLEGE**, Boston, MA
Associate of Science, Paralegal Studies, May 1994
Awards: Academic All American, Graduated Highest Honors, Phi Theta Kappa Honors Society

Employment:

**BRICK, JONES, MCBRIEN & HICKEY, LLP, Needham, MA**
*Partner*, January 2018 - present

**BRICK, SUGARMAN, JONES, & MCBRIEN, LLP**, Newton, MA
*Of Counsel*, May 1, 2017 – January, 2018

**NISSENBAUM HICKEY LLC,** Boston, MA
*Partner*, July 2015 – May 1, 2017

**NISSENBAUM LAW OFFICES**, Boston, MA
*Associate*, December 2003 – June 2015
*Law Clerk*, September 1999 - December 2003
*Paralegal*, September 1994 - September 1999

Reported Decisions:

*Vieira v. de Souza*, 21-1522, First Circuit Court of Appeals (January, 2022)

Articles Authored:

*The Annulment Conundrum - Should the Action Abate Upon the Death of a Party?,* published in BBA Family Law Newsletter, Winter 2009;

*201 CMR 17:00 Is Your Firm In Compliance,* published in BBA Family Law Newsletter, Spring 2010;

*Long Awaited Guidance on Post Nuptial Agreements in Massachusetts: A Dissection of Ansin v. Craven-Ansin*, published in the BBA Family Law Newsletter, Fall 2010;

*Mediation and the Uneducated Consumer*, published in the BBA Family Law Newsletter, Spring 2011;

*Clear and Convincing Evidence: A Refresher on What It Is and Why It Is Important To Us,* published in the BBA Family Law Newsletter, Fall 2011;

*Help Your Clients Avoid Easy Post Divorce Mistakes*, published in the BBA Family Law Newsletter, Fall, 2012

*The U.S. Supreme Court Takes Up Another Piece of The Hague Convention in Chafin v. Chafin*, published in the BBA Family Law Newsletter, Spring, 2013;

*Navigating the Minefield of Rules and Emotion When Providing Children with A Voice In Custody Disputes*, published in the BBA Family Law Newsletter, Fall, 2013;

*Lozano Presents a New Twist on the Application of the Hague Convention on International Child Abduction in the USA*, published in BBA Family Law Newsletter, Spring, 2014;

*Practical Tips for Representing Clients with Disabilities,* published in BBA Family Law Newsletter, Summer 2014;

Lectures:

*The Intersection of Immigration and Family Law*, Boston Bar Association, Boston, MA (April, 2009);

*How to Handle a Hague Convention Case*, Boston Bar Association, Boston, MA (June, 2009);

*The Hague Convention and Issues of International Custody*, Massachusetts Bar Association, Chatham, MA (November, 2009);

*Business Valuation in Divorce - Post Adams*, Boston Bar Association, Boston, MA (December 2011);

*Panel on Changes and Application of the New Child Support Guidelines*, Women's Bar Association, Boston, MA (September, 2013);

*Pre Trial Conference - Divorce Practice*, Boston Bar Association, Boston, MA (February 2015)

*Business Value Issues Getting Fair Value For Your Client*, Social Law Library, Boston, MA (October 2015)

*Alimony and Child Support*, Boston Bar Association, Boston, MA (January, 2016)

*Retiring Abroad*, Boston Bar Association, Boston, MA (September, 2016)

*Alimony and Child Support*, Boston Bar Association, Boston, MA  (January, 2017)

*Understanding and Valuing S Corporations*, Boston Bar Association, Boston, MA (October, 2017)

*International Divorce Practice*, STEP Boston, Boston, MA (February, 2018)

*Pre Trial Conference – Divorce Practice*, Boston Bar Association, Boston, MA (March, 2018)

*Hague Convention Overview of Circuit Split and the Monasky Case,* MA AAML Chapter Dinner, Newton, MA (February, 2020)

*Basic Financial & Tax Concepts in Divorce Law*, one of four panelists, MCLE, (May 19, 2021)

*Advanced Financial & Tax Concepts in Divorce Law*, one of four panelists, MCLE (May 26, 2021)

*Family Law Financial Summit* panelist, MCLE (January, 2022)

*Hague Convention*, AAML Mass Chapter Academy Academy (March, 2022)

*Understanding Business, Financial & Tax Concepts in Divorce Law*, MCLE (May, 2022)

*Cross Examination*, panelist, MCLE (March 3, 2023)

*Hague Convention*, AAML Mass Chapter Academy Academy (April 28, 2023)

*Advanced Topics in Hague Convention Cases*, New York Bar Association, New York City (May 2, 2023)

*Basic Financial & Tax Concepts in Divorce Law*, one of three panelists, MCLE, (October 2023)

*Advanced Financial & Tax Concepts in Divorce Law*, one of three panelists, MCLE (November, 2023)

*Preparation of Financial Statements*, chair of program, MCLE (April 23, 2024)

*Cross Examination*, panelist, MCLE (April 3, 2024)

*Hague Convention*, AAML Mass Chapter Academy Academy (May 10, 2024)

*Parenting Coordination as an Ameliorative Measure in Cross-Border Conflicts*, AFCC (June 6, 2024)

*How to Try a Divorce Case*, panelist on Financial Statements, MCLE (November 15, 2024)

*Division of Property and Financial Remedies*, ABA Annual Meeting in Montreal (October 15, 2025)

*Advanced Financial & Tax Concepts in Divorce Law*, one of three panelists, MCLE (October 23, 2025)

*How to Try a Divorce Case*, panelist on Financial Statements, MCLE (October 31, 2025)

Articles / Books Co-Authored:

*What You Need to Know About Vaughan Affidavits,* 35 Massachusetts Lawyers Weekly 575 (October 30, 2006) cited in Loring A Trustee's Handbook-2009, Charles E. Rounds, Jr. and Charles E. Rounds, III, Aspen Publishers, p. 298, fn. 480;

*Family Law A Global Guide From Practical Law*, 3rd Edition 2015, Thomson Reuters, Co-Author of the Massachusetts, USA chapter.

*Religious Law Cannot Be Enforced by Any Court in the United States*, co-authored with Gerald L. Nissenbaum, Journal of the American Academy of Matrimonial Lawyers, Volume 30, 2017.

*Family Law A Global Guide From Practical Law*, 4th Edition 2017, Thomson Reuters, Co-Author of the Massachusetts, USA chapter.

*Family Law A Global Guide From Practical Law*, 5th Edition 2020, Thomson Reuters, Author of the Massachusetts, USA Chapter.

*How to Try a Divorce Case in Massachusetts*, 6th Edition 2020, MCLE, Author of International Kidnapping Section of Chapter on Custody.

*International Comparative Guide to Family Law 2021*, Global Legal Group, Author of the Massachusetts, USA Chapter.

*Family Law A Global Guide From Practical Law*, 6th Edition 2023, Thomson Reuters, Author of the Massachusetts, USA Chapter.

*How to Try a Divorce Case in Massachusetts*, 7th Edition 2023, MCLE, Author of International Kidnapping Section of Custody Chapter.

Author of weekly Divorce 411 Column in the Boston Herald April, 2017 – present.

Honors:

Named "Top 50 Women Lawyers in New England" by Super Lawyers in 2019.

      Named "Top 50 Women Lawyers in Massachusetts" by Super Lawyers in 2020 - 2022.

      Named a "Super Lawyer" by Super Lawyers in 2013 - present.

      Named a "Rising Star" by Super Lawyers in 2011 and 2012.

<u>Non-Profit / Boards</u>:

      President of Board of USA Friends of HCCH (2022 – Present);

      Westwood, MA Library Trustee (2023 – Present);

      Treasurer of Board for Westwood Public Library Century 21 Fund (2023 – Present)