**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227



**Brick Jones McBrien & Hickey**
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 10601 |
| **Invoice Date** | March 4, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | March 19, 2025 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Giguere, Tommy**

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 01/14/2025 | WH | Kidnapping | Review of draft Canadian petition along with Tommy's affidavit; email with Canadian counsel | $625.00 | 0.50 | $312.50 |
| 01/15/2025 | WH | Kidnapping | Telephone conversation with Tommy; instructions to RS | $625.00 | 0.40 | $250.00 |
| 01/22/2025 | WH | Kidnapping | Research | $625.00 | 0.60 | $375.00 |
| 01/23/2025 | WH | Kidnapping | Email State Dept; attention to email from Tommy; discuss case with associate | $625.00 | 0.40 | $250.00 |
| 01/24/2025 | WH | Kidnapping | Attention to email; email with divorce counsel | $625.00 | 0.30 | $187.50 |
| 01/27/2025 | WH | Kidnapping | Attention to email | $625.00 | 0.20 | $125.00 |
| 02/03/2025 | SC | Kidnapping | Began drafting complaint. | $450.00 | 0.30 | $135.00 |
| 02/07/2025 | SC | Kidnapping | Completed first draft of complaint for WH review | $450.00 | 1.90 | $855.00 |
| 02/10/2025 | WH | Kidnapping | Attention to emails; review additional submissions and email to counsel | $625.00 | 0.50 | $312.50 |
| 02/11/2025 | WH | Kidnapping | Further edits to draft petition; call with Rebecca; email to Tommy; attention to email from Tommy with attachments; respond; review divorce pleadings for incorporating data into hague petition | $625.00 | 1.30 | $812.50 |
| 02/11/2025 | RS | Kidnapping | Attention to Essex pleadings and organize of same for attorney Hague Application; Memo to file; Attention to screenshots from client and assembly/organize of same to file; further attention to full email exchange between counsel re i94 matter; Further attention to docket listing and download all pleadings in matter ES24D1750DR | $195.00 | 0.50 | $97.50 |
| 02/12/2025 | WH | Kidnapping | Finish reviewing all Divorce Pleadings and editing Petition; email to Tommy for review / comment | $625.00 | 0.50 | $312.50 |
| 02/13/2025 | WH | Kidnapping | Further work on petition using feedback from Tommy and Caroline; call with Rebecca | $625.00 | 1.20 | $750.00 |

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/18/2025 | WH | Kidnapping | Attention to email | $625.00 | 0.10 | $62.50 |
| 02/19/2025 | WH | Kidnapping | Attention to emails | $625.00 | 0.30 | $187.50 |
| 02/20/2025 | WH | Kidnapping | Further work on draft Petition; email to Tommy et al | $625.00 | 1.30 | $812.50 |
| 02/24/2025 | WH | Kidnapping | Review of emails from Tommy and Canadian counsel; further revise / finalize petition and send to Tommy for final review | $625.00 | 1.00 | $625.00 |
| 02/25/2025 | WH | Kidnapping | Review of emails; further edits to draft and email to Tommy | $625.00 | 0.20 | $125.00 |
| 02/25/2025 | RS | Kidnapping | Attention to signing of petition and assembly of same to file; Prepare all exhibits in final format for Hague; Prepare final exhibits for SEAL. | $195.00 | 3.00 | $585.00 |
| 02/26/2025 | WH | Kidnapping | Electronic filing of petition including reformatting of certain documents for size issues; telephone conversation with Civil clerk's office; instructions to RS; afternoon email to Tommy | $625.00 | 0.70 | $437.50 |
| 02/27/2025 | WH | Kidnapping | Attention to email | $625.00 | 0.20 | $125.00 |
| 02/27/2025 | RS | Kidnapping | Attention to summons and completion of same; Assembly and organize of same to file; Memo to file. | $195.00 | 0.20 | $39.00 |
| 02/28/2025 | RS | Kidnapping | Attention to instructions from client re service and multiple emails with constable; Prepare service package; Email to client on same; Conf WH. | $195.00 | 0.20 | $39.00 |
| 03/03/2025 | RS | Kidnapping | Attention to constable in hand service and communications on same; Transmit of service accomplished to client and diary answer deadline from ST; Memo to file. | $195.00 | 0.20 | $39.00 |
| **Non-billable Time Entries:** | | | | | | |
| 02/12/2025 | RS | Kidnapping | Further attention to pleadings from divorce matter and assembly of same for attorney Hague application; further attention to quebec attys comments and application addendum and organize of same to file. | $195.00 | 0.20 | $39.00 |
| 02/13/2025 | RS | Kidnapping | Attention to documents from Canadian counsel and download of same to file for attorney to review; Memo to file. | $195.00 | 0.10 | $19.50 |
| 02/18/2025 | RS | Kidnapping | Attention to additional docs from Canadian counsel and organize of same to file. | $195.00 | 0.10 | $19.50 |
| 02/19/2025 | RS | Kidnapping | Attention to photos and filled out USA form and assembly/organize of same to file; Memo to file. | $195.00 | 0.10 | $19.50 |
| 02/23/2025 | RS | Kidnapping | Attention to annotated petition and assembly/organize of same to file; Memo to file. | $195.00 | 0.10 | $19.50 |
| 02/24/2025 | RS | Kidnapping | Attention to client comments and assembly/organize of same to file. | $195.00 | 0.10 | $19.50 |
| | | | | Totals: | **16.00** | **$7,852.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 02/26/2025 | WH | Expense | Filing Fee | $405.00 | 1.0 | $405.00 |
| 03/05/2025 | WH | Expense | Process server | $300.00 | 1.0 | $300.00 |
| | | | | | Expense Total: | **$705.00** |

<table>
<tr><td>

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

</td></tr>
</table>

| | |
|---|---|
| Time Entry Sub-Total: | $7,852.00 |
| Expense Sub-Total: | $705.00 |
| **Sub-Total:** | $8,557.00 |
| | |
| **Total:** | $8,557.00 |
| **Amount Paid:** | $8,557.00 |
| **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Mar 5, 2025 | Trust | $8,557.00 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust History**

Balance As Of 03/05/2025: $16,418.00

| Date | Related To | Details | Amount | Balance |
|---|---|---|---|---|
| 03/05/2025 | 10601 | Payment from trust | -$8,557.00 | $16,418.00 |
| 01/22/2025 | -- | Trust deposit | $24,975.00 | $24,975.00 |

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227


**Brick Jones McBrien & Hickey**
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 10859 |
| **Invoice Date** | April 1, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | April 16, 2025 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Giguere, Tommy

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 03/04/2025 | WH | Kidnapping | Attention to email | $625.00 | 0.20 | $125.00 |
| 03/05/2025 | WH | Kidnapping | Attention to email with Tommy; efile Summons; draft Motion to File Petition Under Seal and certificate of service | $625.00 | 0.50 | $312.50 |
| 03/05/2025 | RS | Kidnapping | Attention to POS from constable and assembly/organize of same to file; Update of pleadings; Conf WH; Attention to pleading for unredacted under seal and assembly of same to Defendant and to update of pleadings; Update of pleadings; Draft preliminary letter to Defendant for attorney review. | $195.00 | 0.50 | $97.50 |
| 03/06/2025 | WH | Kidnapping | Attention to morning emails; efile motion | $625.00 | 0.30 | $187.50 |
| 03/06/2025 | RS | Kidnapping | Phone call from Canadian Hague office and provide Essex data on DR matter for letter; Transmit of letter to Defendant and copy to client on same for his records; Memo to file. | $195.00 | 0.20 | $39.00 |
| 03/07/2025 | WH | Kidnapping | Attention to emails; review order for sealed filing; instructions to RS; upload all sealed documents | $625.00 | 0.50 | $312.50 |
| 03/12/2025 | WH | Kidnapping | Review email from Tommy; respond | $625.00 | 0.30 | $187.50 |
| 03/13/2025 | WH | Kidnapping | Attention to email with Tommy; further emails with Rebecca; call with counsel and client; finalize and file motion; email to counsel and Tommy; instructions to RS | $625.00 | 0.80 | $500.00 |
| 03/13/2025 | RS | Kidnapping | Attention to various emails and assembly/organize of same to file; Memo to file; Draft of cover letter to Defendant and assembly/organize of same to file; Transmit to client; Update of pleadings. | $195.00 | 0.30 | $58.50 |
| 03/14/2025 | WH | Kidnapping | Review and comment on draft motion to stay custody action in probate and family court | $625.00 | 0.20 | $125.00 |

| 03/18/2025 | WH | Kidnapping | Review email from Tommy and prepare initial response; further emails; further afternoon emails | $625.00 | 0.50 | $312.50 |
|---|---|---|---|---|---|---|
| 03/24/2025 | RS | Kidnapping | Attention to email from OPC and EOA and update of pleadings on same; Memo to file; Attention to ECF notices and further update of pleadings; Review for response required and diary of same. | $195.00 | 0.30 | $58.50 |
| 03/24/2025 | WH | Kidnapping | Review email from Stacy's counsel; emails with Tommy; review of Stacy's Motion to Dismiss and Affidavit; email to Tommy; begin research for opposition memo | $625.00 | 1.30 | $812.50 |
| 03/25/2025 | RS | Kidnapping | Attention to client emails and assembly/organize of text message to file; Memo to file; Attention to OPC email and pleading certification of consultation; Assembly and organize of same to file and update of pleadings. | $195.00 | 0.30 | $58.50 |
| 03/25/2025 | SC | Kidnapping | Reviewed pleadings in preparation for drafting of memorandum. | $450.00 | 0.40 | $180.00 |
| 03/25/2025 | WH | Kidnapping | Attention to email; review of case law cited in motion to dismiss; telephone conversation with Tommy; respond to further emails; telephone conversation with Brian; review of certificate of compliance; begin drafting Opposition to Motion to Dismiss | $625.00 | 4.00 | $2,500.00 |
| 03/26/2025 | SC | Kidnapping | Completed review of pleadings; reviewed email correspondence from client; conference with WH. | $450.00 | 0.80 | $360.00 |
| 03/26/2025 | WH | Kidnapping | Attention to email; additional research; conference with SC; attention to further emails; afternoon emails with Tommy and reach out to immigration lawyer; continue work on opposition to motion to dismiss | $625.00 | 3.30 | $2,062.50 |
| 03/26/2025 | RS | Kidnapping | Attention to client emails in detail re children matters and also comments on Motion to Dismiss; Assembly of same with case evidence folder to file. | $195.00 | 0.20 | $39.00 |
| 03/27/2025 | WH | Kidnapping | Attention to morning emails; continue working on opposition to Motion to Dismiss | $625.00 | 1.10 | $687.50 |
| 03/27/2025 | RS | Kidnapping | Attention to caselaw from Quebec counsel and assembly/organize of same to file; Memo to file; Assembly of time in Canada doc from client. | $195.00 | 0.20 | $39.00 |
| 03/28/2025 | WH | Kidnapping | Attention to emails | $625.00 | 0.30 | $187.50 |
| 03/31/2025 | SC | Kidnapping | Drafted Affidavit in Support of Opposition to Motion to Dismiss. | $450.00 | 3.10 | $1,395.00 |
| 04/01/2025 | WH | Kidnapping | Review and edit draft affidavit email to Tommy | $625.00 | 0.40 | $250.00 |
| **Non-billable Time Entries:** | | | | | | |
| 03/07/2025 | RS | Kidnapping | Attention to exhibit 5 for filing under seal unredacted and organize on same. | $195.00 | 0.40 | $78.00 |
| 03/18/2025 | RS | Kidnapping | Attention to email from and to client re car registration and WH responses; Assembly and organize of same to file; Further attention to car insurance request from W and documents on same from client to file. | $195.00 | 0.20 | $39.00 |
| 03/19/2025 | WH | Kidnapping | Attention to multiple emails back and forth with Tommy and Rebecca | $625.00 | 0.40 | $250.00 |
| 03/20/2025 | WH | Kidnapping | Attention to emails | $625.00 | 0.20 | $125.00 |
| 03/24/2025 | SC | Kidnapping | Reviewed Motion to Dismiss. | $450.00 | 0.20 | $90.00 |
| | | | | Totals: | **20.00** | **$10,887.50** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $10,887.50 |
| Sub-Total: | $10,887.50 |
| Total: | $10,887.50 |
| Amount Paid: | $10,887.50 |
| **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Apr 1, 2025 | Trust | $10,887.50 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust History**

Balance As Of 04/01/2025: $14,112.50

| Date | Related To | Details | Amount | Balance |
|---|---|---|---|---|
| 04/01/2025 | 10859 | Payment from trust | -$10,887.50 | $14,112.50 |
| 03/13/2025 | -- | Trust deposit | $8,582.00 | $25,000.00 |
| 03/05/2025 | 10601 | Payment from trust | -$8,557.00 | $16,418.00 |
| 01/22/2025 | -- | Trust deposit | $24,975.00 | $24,975.00 |

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227



**Brick Jones McBrien & Hickey**
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 11111 |
| **Invoice Date** | May 1, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | May 16, 2025 |

---

## Giguere, Tommy

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 04/02/2025 | RS | Kidnapping | Attention to client comments on affidavit and email in detail; Assembly and organize of same to file. | $195.00 | 0.10 | $19.50 |
| 04/02/2025 | WH | Kidnapping | Outreach to alternative immigration counsel | $625.00 | 0.20 | $125.00 |
| 04/02/2025 | SC | Kidnapping | Reviewed email correspondence; revised draft Affidavit. | $450.00 | 0.50 | $225.00 |
| 04/03/2025 | WH | Kidnapping | Review further edited draft affidavit and email to Steph | $625.00 | 0.40 | $250.00 |
| 04/03/2025 | SC | Kidnapping | Email correspondence with WH; email correspondence with client; revised draft Affidavit. | $450.00 | 0.30 | $135.00 |
| 04/04/2025 | SC | Kidnapping | Call with immigration attorney; conference with WOH; email correspondence with client; case administration regarding Affidavit execution. | $450.00 | 0.50 | $225.00 |
| 04/04/2025 | WH | Kidnapping | Call with SC and immigration lawyer; attention to emails and final affidavit | $625.00 | 0.60 | $375.00 |
| 04/06/2025 | WH | Kidnapping | Further review and edit opposition to motion to dismiss | $625.00 | 0.40 | $250.00 |
| 04/07/2025 | RS | Kidnapping | Attention to deadline filing and review of essex docket; Conf WH. | $195.00 | 0.20 | $39.00 |
| 04/07/2025 | WH | Kidnapping | Attention to email; final review and edits to opposition | $625.00 | 0.40 | $250.00 |
| 04/07/2025 | SC | Kidnapping | Reviewed and revised draft Opposition. | $450.00 | 0.20 | $90.00 |
| 04/09/2025 | WH | Kidnapping | Review FOIA letters and email to Tommy; further emails; evening emails | $625.00 | 0.50 | $312.50 |
| 04/11/2025 | RS | Kidnapping | Attention to email from client and attachment of texts; Assembly and organize of same to file. | $195.00 | 0.10 | $19.50 |
| 04/15/2025 | WH | Kidnapping | Attention to email | $625.00 | 0.20 | $125.00 |
| 04/16/2025 | WH | Kidnapping | Review of emails from court; email to Tommy | $625.00 | 0.20 | $125.00 |

| Date | | | | | | |
|------|-----|-----------|----------------------------------------------------------------------------------------------------------------------------------------------|---------|------|-----------|
| 04/17/2025 | RS | Kidnapping | Attention to court notices and update of pleadings; Prepare binder for hearing dates; Memo to file; Update calendar and deadline; Attention to confer request to OPC and assembly of same to file. | $195.00 | 0.40 | $78.00 |
| 04/17/2025 | WH | Kidnapping | Review scheduling order; email to Brian to set up conference. | $625.00 | 0.30 | $187.50 |
| 04/18/2025 | SC | Kidnapping | Email correspondence with opposing counsel. | $450.00 | 0.10 | $45.00 |
| 04/22/2025 | SC | Kidnapping | Email correspondence with opposing counsel; research regarding authority of US magistrate Judge; call with opposing counsel. | $450.00 | 0.40 | $180.00 |
| 04/22/2025 | WH | Kidnapping | Conference with SC; outreach to colleagues about Magistrate question | $625.00 | 0.30 | $187.50 |
| 04/28/2025 | WH | Kidnapping | Attention to email with Central Authority; evening email to Tommy regarding proposal due; review of emails with Tommy / Rebecca; review of order from probate court and further emails with Tommy | $625.00 | 0.50 | $312.50 |
| 04/29/2025 | WH | Kidnapping | Review Article 16 letter; email to Rebecca; review emails from Caroline and Tommy; draft settlement proposal letter and email to Brian | $625.00 | 0.80 | $500.00 |
| 04/29/2025 | RS | Kidnapping | Attention to emails and Essex TO and assembly/organize of same to file; Further attention to Article 16 letter and assembly/organize of same to file; Update of pleading. | $195.00 | 0.20 | $39.00 |
| 04/30/2025 | RS | Kidnapping | Attention to divorce pleading and assembly/organize of same to file; Conf WH on same; Memo to file. | $195.00 | 0.10 | $19.50 |

|  |  |
|--|--|
| Totals: | 7.90 | $4,114.50 |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|--|--|
| Time Entry Sub-Total: | $4,114.50 |
| Sub-Total: | $4,114.50 |
| Total: | $4,114.50 |
| Amount Paid: | $4,114.50 |
| **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|----------|------|----------------|--------|------------------|----------------|
| Payment Received | May 1, 2025 | Trust | $4,114.50 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust History**

Balance As Of 05/01/2025: $20,885.50

| Date | Related To | Details | Amount | Balance |
|------|-----------|---------|--------|---------|
| 05/01/2025 | 11111 | Payment from trust | -$4,114.50 | $20,885.50 |
| 04/08/2025 | -- | Trust deposit | $887.50 | $25,000.00 |
| 04/08/2025 | -- | Trust deposit | $10,000.00 | $24,112.50 |
| 04/01/2025 | 10859 | Payment from trust | -$10,887.50 | $14,112.50 |
| 03/13/2025 | -- | Trust deposit | $8,582.00 | $25,000.00 |
| 03/05/2025 | 10601 | Payment from trust | -$8,557.00 | $16,418.00 |
| 01/22/2025 | -- | Trust deposit | $24,975.00 | $24,975.00 |

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227



**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 11309 |
| **Invoice Date** | June 2, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | June 17, 2025 |

---

## Giguere, Tommy

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|------|-----|----------|-------------|------|-------|-----------|
| 05/01/2025 | WH | Kidnapping | Evening attention to email | $625.00 | 0.20 | $125.00 |
| 05/05/2025 | WH | Kidnapping | Review of Memorandum and Order; email Tommy; emails with Caroline; review and begin working on joint stipulation for scheduling order | $625.00 | 0.60 | $375.00 |
| 05/05/2025 | RS | Kidnapping | Attention to court order and memorandum and update of pleadings; Memo to file. | $195.00 | 0.50 | $97.50 |
| 05/07/2025 | WH | Kidnapping | Review of order staying custody part of divorce | $625.00 | 0.20 | $125.00 |
| 05/08/2025 | SC | Kidnapping | Call to opposing counsel. | $450.00 | 0.10 | $45.00 |
| 05/08/2025 | WH | Kidnapping | Review rules; review and edit draft joint statement and draft discovery order; email to Brian; email to Tommy and Caroline; begin thinking about trial strategy; telephone conversation with Tommy; attention to evening email | $625.00 | 2.70 | $1,687.50 |
| 05/09/2025 | WH | Kidnapping | Attention to email; call to Brian - left detailed message; redline existing drafts and email to Brian; attention to further emails; discussion with SC; finalize joint statement with additional components; email Brian; instructions to RS; file statement and proposed order with the court; email to Tommy | $625.00 | 1.30 | $812.50 |
| 05/09/2025 | RS | Kidnapping | Attention to emails and revised scheduling proposed; Memo to file; Attention to temporary order and assembly/organize of same to file. | $195.00 | 0.20 | $39.00 |
| 05/09/2025 | RS | Kidnapping | Attention to docket filing and assembly/organize of same to file; Update of pleadings and diary deadlines. | $195.00 | 0.30 | $58.50 |
| 05/12/2025 | SC | Kidnapping | Drafted document request. | $450.00 | 1.40 | $630.00 |
| 05/12/2025 | WH | Kidnapping | Attention to emails with court clerk; further revise proposed order; email to Tommy | $625.00 | 0.50 | $312.50 |

| 05/12/2025 | RS | Kidnapping | Attention to court emails to and from and prepare full order revise for WH edits; Assembly of same to file; Revise and update of pleadings; Draft EOA Curtin and cert svc on same for attorney review and filing. | $195.00 | 0.50 | $97.50 |
|---|---|---|---|---|---|---|
| 05/14/2025 | WH | Kidnapping | Review and edit SC's draft document request; email to Tommy for review prior to call; telephone conference with Tommy and SC; review notice from court and email to Tommy | $625.00 | 1.20 | $750.00 |
| 05/14/2025 | SC | Kidnapping | Call with WOH and client; conference with WOH. | $450.00 | 0.60 | $270.00 |
| 05/16/2025 | WH | Kidnapping | Attention to emails with Tommy; attention to email from court clerk, further revise proposed scheduling order, respond to clerk, upload new document (0.5 NC); email from and respond to Tommy; Zoom scheduling hearing; email to Tommy; serve document request | $625.00 | 1.00 | $625.00 |
| 05/16/2025 | RS | Kidnapping | Attention to upcoming court dates/trial and deadlines; Update of attorney calendars on same; Diary trial brief deadline; Further attention to discovery to OPC and prepare transmission via first class mail on same; Diary deadline for responding and email to client. | $195.00 | 0.30 | $58.50 |
| 05/19/2025 | WH | Kidnapping | Attention to emails; review of Scheduling Order | $625.00 | 0.30 | $187.50 |
| 05/20/2025 | RS | Kidnapping | Attention to Stip of Uncontested Facts and preparation of same; Review of affidavits and preliminary drafting. | $195.00 | 1.00 | $195.00 |
| 05/21/2025 | RS | Kidnapping | Further attention to Stip of uncontested facts and drafting of same. | $195.00 | 1.40 | $273.00 |
| 05/22/2025 | SC | Kidnapping | Drafted initial disclosure. | $450.00 | 0.50 | $225.00 |
| 05/22/2025 | RS | Kidnapping | Further attention to uncontested facts drafting. | $195.00 | 1.00 | $195.00 |
| 05/23/2025 | RS | Kidnapping | Further attention to Stip of Uncontested Facts drafting; Attention to discovery and update of pleadings. | $195.00 | 1.50 | $292.50 |
| 05/23/2025 | SC | Kidnapping | Finalized initial disclosure; email correspondence with opposing counsel; email correspondence with client. | $450.00 | 0.10 | $45.00 |
| 05/23/2025 | WH | Kidnapping | Review discovery requests from Stacy; email to Tommy | $625.00 | 0.30 | $187.50 |
| 05/26/2025 | WH | Kidnapping | Attention to email with Attorney Sage | $625.00 | 0.20 | $125.00 |
| 05/27/2025 | WH | Kidnapping | Attention to email with Tommy; prepare Request for Admissions for service on Stacy | $625.00 | 2.40 | $1,500.00 |
| 05/27/2025 | SC | Kidnapping | Reviewed discovery requests; reviewed and revised draft Stipulation of Uncontested Facts. | $450.00 | 1.70 | $765.00 |
| 05/28/2025 | WH | Kidnapping | Review Tommy's edits to draft request to admit facts and further edit document; email to Tommy to review/further comment; email to Brian | $625.00 | 0.70 | $437.50 |
| 05/29/2025 | WH | Kidnapping | Review and edit existing outline of response to request to admit facts, fill in admissions and comments for Tommy; email to Tommy; review document request and email to Tommy with questions for responding | $625.00 | 1.20 | $750.00 |
| 05/30/2025 | WH | Kidnapping | Attention to morning emails with Tommy; afternoon emails with Tommy; conversation with Stephanie; Review email from Brian with initial disclosure; respond; further emails with Tommy | $625.00 | 0.90 | $562.50 |
| 05/30/2025 | SC | Kidnapping | Call with client; conference with WOH. | $450.00 | 0.40 | $180.00 |
| 06/01/2025 | WH | Kidnapping | Review and think about Tommy's email | $625.00 | 0.20 | $125.00 |

| 06/02/2025 | WH | Kidnapping | Reply to Brian's email; instructions to RS; call colleague - left message regarding alternative deposition site | $625.00 | 0.20 | $125.00 |
|---|---|---|---|---|---|---|
| **Non-billable Time Entries:** | | | | | | |
| 05/02/2025 | RS | Kidnapping | Attention to settlement proposal response from OPC and assembly/organize of same to file; Memo to file. | $195.00 | 0.10 | $19.50 |
| 05/09/2025 | SC | Kidnapping | Conference with WH | $450.00 | 0.30 | $135.00 |
| 05/14/2025 | RS | Kidnapping | Attention to EOA filing and update of pleadings; Memo to file; Email same to OPC; Attention to order from court changing hearing time and to remote and update of pleadings for said notice. | $195.00 | 0.30 | $58.50 |
| 05/16/2025 | RS | Kidnapping | Attention to clerk email and further revised recommendations scheduling order; Update of pleadings on same. | $195.00 | 0.10 | $19.50 |
| 05/19/2025 | RS | Kidnapping | Attention to witness listing from client and assembly/organize of same to file; Further attention to ECF notice from court and update of pleadings; Attention to Stip; Further attention to additional ECF Notice and update of pleadings on same. | $195.00 | 0.30 | $58.50 |
| 05/22/2025 | WH | Kidnapping | Attention to disclosure statement | $625.00 | 0.20 | $125.00 |
| 05/27/2025 | RS | Kidnapping | Prepare response template for admission responses of Petitioner; Assembly of same to file. | $195.00 | 0.20 | $39.00 |
| 05/28/2025 | RS | Kidnapping | Preparation of admissions into final format for service; Memo to file and conf WH. | $195.00 | 0.20 | $39.00 |
| 05/30/2025 | RS | Kidnapping | Attachments for discovery responses and admissions and assembly/organize of same for file and organization; Further attention to Respondent's Initial Disclosures and assembly/organize of same to file and update of pleadings. | $195.00 | 0.50 | $97.50 |
| 05/30/2025 | WH | Kidnapping | Conference with SC | $625.00 | 0.20 | $125.00 |
| 06/02/2025 | SC | Kidnapping | Reviewed email correspondence. | $450.00 | 0.10 | $45.00 |
| | | | Totals: | | **25.60** | **$12,279.00** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $12,279.00 |
| Sub-Total: | $12,279.00 |
| Total: | $12,279.00 |
| Amount Paid: | $12,279.00 |
| **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Jun 2, 2025 | Trust | $12,279.00 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 06/02/2025:
$12,721.00

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227



**Brick Jones McBrien & Hickey**
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 11615 |
| **Invoice Date** | July 7, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | July 22, 2025 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Giguere, Tommy

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 06/02/2025 | WH | Kidnapping | Email to Brian; attention to evening emails | $625.00 | 0.30 | $187.50 |
| 06/03/2025 | WH | Kidnapping | Telephone conversation with Tommy | $625.00 | 0.30 | $187.50 |
| 06/04/2025 | WH | Kidnapping | Attention to emails | $625.00 | 0.20 | $125.00 |
| 06/05/2025 | RS | Kidnapping | Attention to Deposition for OPC and notice on same; Finalize and secure steno; Memo to file; Update calendar for deposition date/conf room; Transmit of same to client; Transmit of depo notice to OPC; Attention to document responses from OPC and assembly/organize of same to file; Transmit to client for his review; Memo to file. | $195.00 | 0.40 | $78.00 |
| 06/06/2025 | RS | Kidnapping | Attention to docs from client for discovery responses and organize of same to file; Memo to file; Preliminary review and org of french/english responses; Further attention to steno confirmation for upcoming deposition and assembly of same to file. | $195.00 | 1.00 | $195.00 |
| 06/06/2025 | SC | Kidnapping | Reviewed opposing party's document production in preparation for deposition. | $450.00 | 1.90 | $855.00 |
| 06/07/2025 | RS | Kidnapping | Further attention to discovery from client and detailed review and listing of same; Conf WH. | $195.00 | 2.00 | $390.00 |
| 06/08/2025 | SC | Kidnapping | Continued review of RPD production. | $450.00 | 4.20 | $1,890.00 |
| 06/09/2025 | RS | Kidnapping | Further attention to discovery listing for attorney review. | $195.00 | 5.00 | $975.00 |
| 06/09/2025 | WH | Kidnapping | Discussion with RS; email to Brian; Review of documents as organized for production and instructions on what is not responsive or should be produced elsewhere | $625.00 | 3.80 | $2,375.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/10/2025 | WH | Kidnapping | Attention to morning email; continue reviewing documents to produce in discovery; review, edit and finalize Tommy's answers to request to admit facts and email to Tommy; detailed review of Stacy's Answer to Request to Admit Facts making notes for her deposition; discussions with RS regarding formal document response | $625.00 | 2.20 | $1,375.00 |
| 06/10/2025 | RS | Kidnapping | Attention to OPC admission responses and assembly/organize of same to file; Update pleadings; Further attention to client discovery; Attention to Admission Responses of our client and transmit for e-signature on same; Assembly and organize to file and further update of pleadings; Transmit our responses to OPC. | $195.00 | 6.40 | $1,248.00 |
| 06/12/2025 | SC | Kidnapping | Trial preparation meeting with WOH; email correspondence with opposing counsel. | $450.00 | 0.90 | $405.00 |
| 06/13/2025 | RS | Kidnapping | Attention to supplemental tax return for folder 17 and preparation of supplemental response on same; Conf WH; Transmit to OPC and to client; Update of pleadings; Deposition preparation | $195.00 | 3.00 | $585.00 |
| 06/13/2025 | WH | Kidnapping | Review and approve supplemental discovery response; begin working on outline for Stacy's deposition | $625.00 | 0.70 | $437.50 |
| 06/16/2025 | SC | Kidnapping | Meeting with client to prepare for deposition and trial. | $450.00 | 4.00 | $1,800.00 |
| 06/16/2025 | WH | Kidnapping | Office conference with Tommy, Stephanie and Alec to prepare for deposition and trial; review of files for deposition preparation and instructions to staff; evening email to Brian | $625.00 | 4.30 | $2,687.50 |
| 06/17/2025 | WH | Kidnapping | Telephone conversation with Caroline; continue preparing for Stacy's deposition | $625.00 | 3.50 | $2,187.50 |
| 06/18/2025 | WH | Kidnapping | Early morning email from Tommy; taking Stacy's deposition followed by post deposition conference with Tommy and Alec | $625.00 | 5.20 | $3,250.00 |
| 06/18/2025 | SC | Kidnapping | Email correspondence with opposing counsel; updated draft Stipulation of Uncontested Facts. | $450.00 | 0.50 | $225.00 |
| 06/23/2025 | WH | Kidnapping | Attention to email; evening emails | $625.00 | 0.30 | $187.50 |
| 06/24/2025 | WH | Kidnapping | Attention to email | $625.00 | 0.10 | $62.50 |
| 06/25/2025 | WH | Kidnapping | Attention to early morning email; conference with Alec; instructions to RS; emails to Brian and Tommy; evening emails | $625.00 | 0.60 | $375.00 |
| 06/25/2025 | SC | Kidnapping | Preparation for calls with witnesses; reviewed deposition transcript; email correspondence. | $450.00 | 0.40 | $180.00 |
| 06/26/2025 | WH | Kidnapping | Review court procedures and rules for trial exhibits in preparation for trial; email to Gail; call to Attorney Sage and attempt to add Mr. Giguere - left message; email to tommy; review Gail's email and begin working on trial exhibit list, emails to team with assignments for trial preparation | $625.00 | 1.30 | $812.50 |
| 06/26/2025 | SC | Kidnapping | Reviewed deposition transcript; preparation for meetings with witnesses; meeting with Melanie Groleau; trial preparation. | $450.00 | 3.90 | $1,755.00 |
| 06/27/2025 | RS | Kidnapping | Attention to trial requirements and memo to file on same; Conf WH; Draft of Motion to Permit zoom testimony of petitioner witnesses for attorney review; Memo to file. | $195.00 | 0.40 | $78.00 |

| 06/27/2025 | WH | Kidnapping | Review and revise motions drafted by RS; email to Brian; work on stipulation of uncontested facts; evening email | $625.00 | 0.80 | $500.00 |
|---|---|---|---|---|---|---|
| 06/27/2025 | SC | Kidnapping | Completed deposition review in preparation for trial. | $450.00 | 0.50 | $225.00 |
| 06/27/2025 | AG | Kidnapping | Review file; draft trial memorandum | $175.00 | 3.00 | $525.00 |
| 06/30/2025 | SC | Kidnapping | Revised draft Stipulation of Facts; email correspondence with client. | $450.00 | 1.00 | $450.00 |
| 07/05/2025 | WH | Kidnapping | Attention to email; begin working on outline for cross examination of Stacy | $625.00 | 1.50 | $937.50 |
| **Non-billable Time Entries:** | | | | | | |
| 06/02/2025 | RS | Kidnapping | Attention to Deposition coordination with OPC and prepare preliminary deposition notice of respondent; Further attention to response template for production responses of petitioner. | $195.00 | 0.40 | $78.00 |
| 06/04/2025 | WH | Kidnapping | Conference with AG | $625.00 | 0.50 | $312.50 |
| 06/10/2025 | SC | Kidnapping | Reviewed parties' responses to requests for admission. | $450.00 | 0.20 | $90.00 |
| 06/11/2025 | SC | Kidnapping | Completed discovery review in preparation for deposition. | $450.00 | 0.40 | $180.00 |
| 06/12/2025 | WH | Kidnapping | Conference with Stephanie to plan assignments, strategy and trial preparation; email to counsel | $625.00 | 0.80 | $500.00 |
| 06/16/2025 | RS | Kidnapping | Further attention to deposition exhibit preparation for upcoming deposition of Respondent. | $195.00 | 5.00 | $975.00 |
| 06/16/2025 | AG | Kidnapping | Meeting with Tommy, WOH, SLC | $175.00 | 4.00 | $700.00 |
| 06/17/2025 | RS | Kidnapping | Further attention to deposition prep and deed search. | $195.00 | 0.50 | $97.50 |
| 06/18/2025 | RS | Kidnapping | Attention to deposition prep and email in detail from client with docs for WH to review prior to depo; Assembly and organize of same to file; Memo to file. | $195.00 | 0.10 | $19.50 |
| 06/18/2025 | AG | Kidnapping | Deposition with WOH | $175.00 | 4.00 | $700.00 |
| 06/25/2025 | RS | Kidnapping | Attention to witness emails with WH for prep; Further attention to steno transcript of ST deposition and assembly/organize of same to file; Memo to file; Send to client for same; Email OPC for errata signing process. | $195.00 | 0.20 | $39.00 |
| | | | | Totals: | **63.60** | **$27,546.50** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 06/25/2025 | WH | Divorce | Magna Legal Services (stenographer / transcript for Stacy's deposition) | $1,540.59 | 1.0 | $1,540.59 |
| | | | | | Expense Total: | **$1,540.59** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $27,546.50 |
| Expense Sub-Total: | $1,540.59 |
| Sub-Total: | $29,087.09 |
| Total: | $29,087.09 |
| Amount Paid: | $29,087.09 |
| Balance Due: | $0.00 |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Jul 13, 2025 | eCheck #FA7-76E64 via invoice | $4,087.09 | Tommy Giguere (Client) | Operating |
| Payment Received | Jul 7, 2025 | Trust | $25,000.00 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust History**

Balance As Of 07/07/2025: $0.00

| Date | Related To | Details | Amount | Balance |
|---|---|---|---|---|
| 07/07/2025 | 11615 | Payment from trust | -$25,000.00 | $0.00 |
| 06/13/2025 | -- | Trust deposit | $12,279.00 | $25,000.00 |
| 06/02/2025 | 11309 | Payment from trust | -$12,279.00 | $12,721.00 |
| 05/13/2025 | -- | Trust deposit | $4,114.50 | $25,000.00 |
| 05/01/2025 | 11111 | Payment from trust | -$4,114.50 | $20,885.50 |
| 04/08/2025 | -- | Trust deposit | $887.50 | $25,000.00 |
| 04/08/2025 | -- | Trust deposit | $10,000.00 | $24,112.50 |
| 04/01/2025 | 10859 | Payment from trust | -$10,887.50 | $14,112.50 |
| 03/13/2025 | -- | Trust deposit | $8,582.00 | $25,000.00 |
| 03/05/2025 | 10601 | Payment from trust | -$8,557.00 | $16,418.00 |
| 01/22/2025 | -- | Trust deposit | $24,975.00 | $24,975.00 |

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227



**Brick Jones McBrien & Hickey**
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $31,289.67 |
| **Forwarded** | to #11733 |
| **Invoice #** | 11702 |
| **Invoice Date** | July 22, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | August 06, 2025 |

------------------------------------------------------------

## Giguere, Tommy

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 07/07/2025 | RS | Kidnapping | Attention to client comments on uncontested facts and assembly/organize of same to file; Memo to file; Further attention to errata sheet signing for OPC and memo to file and schedule read/sign from steno. | $195.00 | 0.20 | $39.00 |
| 07/07/2025 | WH | Kidnapping | Attention to various emails; review and begin editing Trial Memo; continue working on outline for Stacy's cross; finalize initial draft of Stacy's cross and begin working on Tommy's direct; further work on trial memo | $625.00 | 4.10 | $2,562.50 |
| 07/08/2025 | RS | Kidnapping | Attention to trial prep and assembly of documents in preparation for meeting; Memo to file; Prepare preliminary exhibit chart in detail for attorney review; Attention to OPC filing and updating of pleadings; Further attention to ECF Notices on same. | $195.00 | 4.00 | $780.00 |
| 07/08/2025 | SC | Kidnapping | Trial preparation; revised draft Stipulation of Facts; reviewed and revised Exhibit List; email correspondence with opposing counsel. | $450.00 | 3.30 | $1,485.00 |
| 07/08/2025 | AG | Kidnapping | Meet with WOH on Exhibits; draft proposed judgment | $175.00 | 4.00 | $700.00 |
| 07/08/2025 | WH | Kidnapping | Office conference with AG, RS and SC to comb thru file and pull out all exhibits needed for trial; instructions to RS for trial exhibit list preparation; call with Mr. Giguere and Attorney Sage to go over his testimony; review of Stacy's errata sheet; emails with Tommy; long phone call with Brian; finalize witness list; finalize joint motion for zoom testimony and e-file both; emails with court clerk; Draft Motion for Interpreter and Certification and e-file both; email to Brian; Review Stacy's answer; draft outline for Tommy's dad's testimony; evening work on trial memorandum | $625.00 | 6.60 | $4,125.00 |

| Date | Initials | Matter | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/09/2025 | RS | Kidnapping | Further attention to exhibit prep/trial prep and assembly of same to file; Update of MM witness photos from client and email from him on same and assembly to file for trial cross examination; Prepare all witness files; Preliminary review of rules for judge binder. | $195.00 | 5.00 | $975.00 |
| 07/09/2025 | WH | Kidnapping | Continue working on trial memorandum; further research on issue of assent defenses; discussion with AG; further evening work on trial memo and email to Tommy; review and revise draft proposed judgment; email to Tommy; further evening reading of case law regarding acquiescence and consent | $625.00 | 5.70 | $3,562.50 |
| 07/09/2025 | SC | Kidnapping | Finalized proposed exhibit list; email correspondence with opposing counsel. | $450.00 | 0.40 | $180.00 |
| 07/10/2025 | RS | Kidnapping | Further trial preparation | $195.00 | 1.00 | $195.00 |
| 07/10/2025 | WH | Kidnapping | Review of redlined stipulation and email to Tommy with suggestion for further edits | $625.00 | 0.30 | $187.50 |
| 07/10/2025 | KM | Kidnapping | Redacted and bates stamped trial exhibits; Prepared trial book. | $195.00 | 3.00 | $585.00 |
| 07/11/2025 | WH | Kidnapping | Review morning emails; continue working on trial memo; prepare for and attend Trial Conference; finalize and efile trial brief; email to Brian regarding exhibits and logistics; designate exhibits as expected or may need; email to Attorney Sage; work on further edits to stipulation of uncontested facts incorporating Tommy's comments and email back to Brian | $625.00 | 3.40 | $2,125.00 |
| 07/11/2025 | RS | Kidnapping | Attention to ECF Notice with Respondent Motion and assembly/organize of same to file; Update of pleadings; Further attention for trial conference and prepare for attorney. | $195.00 | 2.10 | $409.50 |
| 07/11/2025 | AG | Kidnapping | Review memo; Status conference | $175.00 | 1.00 | $175.00 |
| 07/11/2025 | SC | Kidnapping | Reviewed email correspondence and trial memo in preparation for trial. | $450.00 | 0.50 | $225.00 |
| 07/12/2025 | RS | Kidnapping | Attention to ECF Notice on Respondent Trial Memorandum and assembly and organize of same to file; Update of pleadings; further trial preparation on electronic device. | $195.00 | 0.40 | $78.00 |
| 07/13/2025 | WH | Kidnapping | Attention to morning emails with Brian and Tommy; read Stacy's trial memo; evening email to Brian regarding exhibits; evening work on outline for Tommy's direct | $625.00 | 1.80 | $1,125.00 |
| 07/13/2025 | SC | Kidnapping | Trial preparation; drafted direct examination outlines; reviewed and updated cross examination outline for Stacy Tardif; reviewed Exhibits for redaction compliance. | $450.00 | 3.90 | $1,755.00 |
| 07/13/2025 | RS | Kidnapping | Attention to exhibits for trial, further attention to electronic saving; Email to OPC re sharing exhibits; Transmit exhibits to OPC for review; Memo to file. | $195.00 | 0.40 | $78.00 |
| 07/14/2025 | RS | Kidnapping | Attention to Stipulation of Uncontested Facts filed with the court and update of pleadings on same; Attention to four more exhibits to add/redact/bates and transmit to OPC and preparation of same; Further edit/redact exhibits; Memo to file; Further attention to retention fee file and assembly/organize of same to file; Attention to further trial prep and prepare of depo transcripts for attorney; Attention to Respondent email and organize their initial exhibit list and exhibits and organize of same. | $195.00 | 4.00 | $780.00 |

| 07/14/2025 | SC | Kidnapping | Conference with RS re exhibits; conference with WH re trial preparation; trial preparation. | $450.00 | 0.60 | $270.00 |
|---|---|---|---|---|---|---|
| 07/14/2025 | WH | Kidnapping | Working on Trial preparation; zoom with Tommy and Alec to prepare for testimony; continue preparing for trial working on motion for fees; updates to exhibits; various emails; review of exhibits proposed by Stacy; emails with Brian and court | $625.00 | 6.30 | $3,937.50 |
| 07/14/2025 | AG | Kidnapping | Trial prep | $175.00 | 2.00 | $350.00 |
| 07/15/2025 | WH | Kidnapping | Attention to morning emails; further emails; conference with RS; email to Brian; meet with Tommy; further trial preparation; emails with clerk; draft and efile motion regarding interpreter; further work on outlines and pack up file for court; evening emails; further revisions to proposed judgment | $625.00 | 6.30 | $3,937.50 |
| 07/15/2025 | RS | Kidnapping | Further trial preparation and phone calls to OPC; Memo to file; Further attention to translation designation for trial and email translator on same; Conf WH on same. | $195.00 | 5.00 | $975.00 |
| 07/15/2025 | AG | Kidnapping | Tech test at Court | $175.00 | 3.00 | $525.00 |
| 07/16/2025 | RS | Kidnapping | Further attention to interpreter matters and securing the same; Memo to file; Further attention to ECF Notices and update of pleadings. | $195.00 | 0.60 | $117.00 |
| 07/16/2025 | WH | Kidnapping | Travel to and from court; set up and wait for opposing counsel to arrive; Tommy's direct and cross; post hearing discussion during lunch (n/c for lunch); review of emails from clerk and respond; review email from Brian and respond; further emails with clerk | $625.00 | 9.50 | $5,937.50 |
| 07/16/2025 | AG | Kidnapping | Trial Day 1 and travel | $175.00 | 8.00 | $1,400.00 |
| 07/16/2025 | SC | Kidnapping | Travel and trial at Federal District Court. | $450.00 | 8.70 | $3,915.00 |
| 07/17/2025 | RS | Kidnapping | Attend with client's father for French purposes at trial day #2; further attention to 6 PDF documents for rush/immediate transduction; memo to file. | $195.00 | 1.50 | $292.50 |
| 07/17/2025 | WH | Kidnapping | Day 2 of trial and post trial discussion with team | $625.00 | 5.00 | $3,125.00 |
| 07/17/2025 | SC | Kidnapping | Trial preparation; remote trial session; meeting with client. | $450.00 | 5.50 | $2,475.00 |
| 07/17/2025 | AG | Kidnapping | Trial Day 2 | $175.00 | 5.00 | $875.00 |
| 07/18/2025 | WH | Kidnapping | Review email from Tommy | $625.00 | 0.10 | $62.50 |
| 07/21/2025 | RS | Kidnapping | Attention to further ECF and assembly of same to file; Update of pleadings; Further attention to adding trial exhibits, redacting, bates stamping, and updating TOC for trial notebooks; Conf WH and lawclerk on same. | $195.00 | 2.50 | $487.50 |
| 07/21/2025 | WH | Kidnapping | Confer with RS and AG on to do items; attention to email with Tommy; begin working on closing argument; review of translations | $625.00 | 1.90 | $1,187.50 |
| 07/22/2025 | WH | Kidnapping | Attention to email with State Dept; conference with AG; work on closing argument and email draft to team | $625.00 | 3.80 | $2,375.00 |
| 07/22/2025 | WH | Kidnapping | Estimate for Trial Day 3 | $625.00 | 9.00 | $5,625.00 |
| 07/22/2025 | SC | Kidnapping | Estimate for Trial Day 3 | $450.00 | 9.00 | $4,050.00 |
| 07/22/2025 | AG | Kidnapping | Estimate for Trial Day 3 | $175.00 | 9.00 | $1,575.00 |
| 07/22/2025 | WH | Kidnapping | Estimate for further preparation for Trial Day 3 to be done on 7/23/25 | $625.00 | 4.00 | $2,500.00 |

| | | | | Totals: | 161.40 | $68,121.50 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|------|-----|----------|-------------|------|----------|-----------|
| 07/12/2025 | RS | Misc. | External Hard Drive and thumb drive to be provided to court at trial | $263.47 | 1.0 | $263.47 |
| 07/15/2025 | AG | Parking | Parking for technology test | $42.00 | 1.0 | $42.00 |
| 07/16/2025 | AG | Parking | Parking for trial | $42.00 | 1.0 | $42.00 |
| 07/16/2025 | WH | Parking | Parking for trial | $42.00 | 1.0 | $42.00 |
| 07/16/2025 | SC | Parking | Parking for trial | $42.00 | 1.0 | $42.00 |
| 07/21/2025 | WH | Parking | Parking at Trial day 3 (Alec, Stephanie, Wendy) | $42.00 | 3.0 | $126.00 |
| 07/22/2025 | WH | Translater | Expedited certified translations of exhibits requested by court | $1,235.00 | 1.0 | $1,235.00 |

| | | | | Expense Total: | **$1,792.47** |

## Adjustments

| Item | Applied To | Type | Description | Basis | Percent | Line Total |
|------|-----------|------|-------------|-------|---------|-----------|
| Discount | Time Entries | % - Percentage | Courtesy Adjustment | $68,121.50 | 20.0% | ($13,624.30) |

| | | | | Discount Total: | **($13,624.30)** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $68,121.50 |
| Expense Sub-Total: | $1,792.47 |
| **Sub-Total:** | **$69,913.97** |
| Discounts: | ($13,624.30) |
| **Total:** | **$56,289.67** |
| **Amount Paid:** | **$25,000.00** |
| **Balance Due:** | **$31,289.67** |
| Balance Forwarded to Invoice #11733 | |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|----------|------|----------------|--------|------------------|----------------|
| Balance Forwarded | Aug 1 2025, 10:25 am | -- | $31,289.67 | Wendy Hickey (Attorney) | -- |
| Payment Received | Jul 22, 2025 | Trust | $25,000.00 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 07/22/2025:
$0.00

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227



**Brick Jones McBrien & Hickey**
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 11733 |
| **Invoice Date** | August 1, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | August 16, 2025 |

**Giguere, Tommy**

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 07/27/2025 | WH | Kidnapping | Email from and respond to Tommy; further evening emails | $625.00 | 0.30 | $187.50 |
| 07/28/2025 | RS | Kidnapping | Attention to ECF Notice and assembly/organize of same to file and update of pleadings; Memo to file. | $195.00 | 0.20 | $39.00 |
| 07/28/2025 | WH | Kidnapping | Further work on closing argument weaving in Mother's testimony; further evening work on closing argument | $625.00 | 3.50 | $2,187.50 |
| 07/29/2025 | SC | Kidnapping | Zoom closing argument; conference with WOH; reviewed email correspondence and verified response to complaint to assess opposing counsel's proposal on marital disqualification issue. | $450.00 | 2.00 | $900.00 |
| 07/29/2025 | WH | Kidnapping | Continue preparing for and make closing argument; participate in remainder of hearing; telephone conversation with Tommy; review letter in detail; review outline for Tommy's testimony; conversation with SC and AG; email to Brian; email to Gail; further afternoon emails from and respond to Brian; review of Brian's email to the court and quick response | $625.00 | 4.90 | $3,062.50 |
| 07/30/2025 | RS | Kidnapping | Attention to ECF Notice and update of pleadings; Memo to file. | $195.00 | 0.10 | $19.50 |
| 07/30/2025 | WH | Kidnapping | Review of Brian's late afternoon email from yesterday and respond | $625.00 | 0.20 | $125.00 |
| **Non-billable Time Entries:** | | | | | | |
| 07/22/2025 | WH | Kidnapping | Finalize Affidavit of fees and email to Tommy for review and comment | $625.00 | 0.30 | $187.50 |
| 07/23/2025 | RS | Kidnapping | Attention to fees/costs email from client and assembly of documentation from client to file on same; Memo to file; further update of pleadings; Review of TOC exhibits; further trial prep. | $195.00 | 1.00 | $195.00 |

| Date | | | | | | |
|------|---|---|---|---|---|---|
| 07/23/2025 | WH | Kidnapping | Finalize Affidavit of Fees; telephone conversation with Brian and AG; work with AG on exhibits for tomorrow; finalize closing argument; discussions with AG and SC regarding strategy; review of additional exhibits offered by Brian and finalize objections; efile exhibit list; attention to emails; evening further preparation for trial day 3 including further work on closing argument; further work on Stacy's cross; prepare rebuttal for Tommy; finalize proposed judgment | $625.00 | 5.40 | $3,375.00 |
| 07/23/2025 | SC | Kidnapping | Reviewed draft closing argument. | $450.00 | 0.20 | $90.00 |
| 07/23/2025 | AG | Kidnapping | Trial Prep with WOH | $175.00 | 5.00 | $875.00 |
| 07/24/2025 | RS | Kidnapping | Attention to ECF Notices and proposed judgments and assembly/organize of same to file; Update of pleadings. | $195.00 | 0.20 | $39.00 |
| 07/24/2025 | WH | Kidnapping | Travel to and from court; trial day 3 | $625.00 | 9.00 | $5,625.00 |
| 07/24/2025 | SC | Kidnapping | Travel and trial. | $450.00 | 9.80 | $4,410.00 |
| 07/24/2025 | AG | Kidnapping | Trial Day 3 including travel to and from | $175.00 | 9.00 | $1,575.00 |
| 07/29/2025 | AG | Kidnapping | Trial on zoom | $175.00 | 2.00 | $350.00 |
| | | | | Totals: | 11.20 | $6,521.00 |

## Unpaid Invoice Balance Forward

| Invoice # | Invoice Total | Amount Paid | Due Date | Balance Forward |
|-----------|---------------|-------------|----------|-----------------|
| 11702 | $56,289.67 | $25,000.00 | 08/06/2025 | $31,289.67 |
| | | | Balance Forward: | **$31,289.67** |

| **Terms & Conditions:**<br><br>Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.<br>For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489. | | |
|---|---|---|
| | **Time Entry Sub-Total:** | $6,521.00 |
| | **Sub-Total:** | $6,521.00 |
| | Balance Forward: | $31,289.67 |
| | **Total:** | $37,810.67 |
| | **Amount Paid:** | $37,810.67 |
| | **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|----------|------|----------------|--------|------------------|----------------|
| Payment Received | Aug 11, 2025 | eCheck #6E4-F6D73 via invoice | $12,810.67 | Tommy Giguere (Client) | Operating |
| Payment Received | Aug 11, 2025 | eCheck #F2C-14350 via invoice | $25,000.00 | Tommy Giguere (Client) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 08/01/2025:
$0.00

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227



**Brick Jones McBrien & Hickey**
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 11912 |
| **Invoice Date** | September 1, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | September 16, 2025 |

---

## Giguere, Tommy

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/05/2025 | WH | Kidnapping | Call from Andrew | $625.00 | 0.10 | $62.50 |
| 08/11/2025 | WH | Kidnapping | Review of memorandum and order; email to Tommy | $625.00 | 0.40 | $250.00 |
| 08/11/2025 | AG | Kidnapping | Attention to memo and order; meet with WOH; email tommy | $175.00 | 0.50 | $87.50 |
| 08/12/2025 | WH | Kidnapping | Thinking about case; evening email | $625.00 | 0.20 | $125.00 |
| 08/13/2025 | WH | Kidnapping | Attention to early morning emails; read Stacy's affidavit; conference with AG; review, edit and revise AG's draft Motion to Strike and email to Tommy; review, edit and revise Tommy's draft Affidavit and email to Tommy | $625.00 | 2.40 | $1,500.00 |
| 08/13/2025 | AG | Kidnapping | Attention to Stacy's Affidavit; Meet with WOH; Draft motion to strike; call with Tommy; Draft Tommy's affidavit | $175.00 | 5.00 | $875.00 |
| 08/14/2025 | WH | Kidnapping | Review emails from Tommy; respond; review response and update affidavit; further work on motion to strike, finalize and emails to Tommy; review further emails; e-file affidavit and motion; email to Brian; review Brian's email and respond | $625.00 | 2.10 | $1,312.50 |
| 08/14/2025 | AG | Kidnapping | Review motion to strike and affidavit; finalize | $175.00 | 0.30 | $52.50 |
| 08/15/2025 | WH | Kidnapping | Review order | $625.00 | 0.20 | $125.00 |
| 08/17/2025 | WH | Kidnapping | Attention to email with Tommy; review Stacy's Motion to Strike, amended affidavit and opposition; draft Opposition to Stacy's Motion to Strike and email to Tommy | $625.00 | 2.70 | $1,687.50 |
| 08/18/2025 | WH | Kidnapping | Review email from Tommy; finalize and efile Opposition; email to Brian; read order on cross motions to strike; review Stacy's affidavit again in light of the order; email to Tommy | $625.00 | 1.00 | $625.00 |

| 08/19/2025 | AG | Kidnapping | Review order; attention to email from WOH; email Gail | $175.00 | 0.30 | $52.50 |
|---|---|---|---|---|---|---|
| 08/19/2025 | WH | Kidnapping | Attention to emails | $625.00 | 0.30 | $187.50 |
| 08/20/2025 | WH | Kidnapping | Attention to email | $625.00 | 0.20 | $125.00 |
| 08/26/2025 | RS | Kidnapping | Attention to findings and judgment and assembly/organize of same to file; Draft letter to state department and transmit of same; Update of pleadings. | $195.00 | 0.20 | $39.00 |
| 08/26/2025 | WH | Kidnapping | Review Judgment and Findings; telephone conversation with Tommy; draft emails to Canadian counsel, US State Department, and Brian; instructions to RS | $625.00 | 1.00 | $625.00 |
| 08/27/2025 | WH | Kidnapping | Attention to email with Tommy | $625.00 | 0.20 | $125.00 |
| 08/28/2025 | WH | Kidnapping | Attention to emails with Tommy and Canadian counsel; further emails with MA divorce counsel; further emails with Tommy | $625.00 | 0.60 | $375.00 |
| 08/28/2025 | HK | Kidnapping | Initial draft of opposition to motion to stay for WH use when motion is filed | $250.00 | 2.30 | $575.00 |
| 08/29/2025 | WH | Kidnapping | Email from Tommy and respond; email from Francesca and text from Matt; emails to Tommy and counsel; review responses; call with Tommy; email to Francesca and Matt; further emails and texts with Tommy; working on HK's draft opposition to motion to stay in preparation for receiving motion to stay; email from Matt and further email to team; research and viewing caselaw; further drafting motion to stay; late evening email to Tommy and AG | $625.00 | 8.50 | $5,312.50 |
| 08/29/2025 | HF | Kidnapping | Research for case law regarding clearly erroneous findings of fact rule | $225.00 | 0.70 | $157.50 |
| 08/31/2025 | WH | Kidnapping | Review edits from Alec; further work on and finalize and e-file Opposition to Motion to Stay; serve on opposing counsel and email Tommy | $625.00 | 1.00 | $625.00 |
| 08/31/2025 | AG | Kidnapping | Review and redline draft Opposition to Motion to Stay and email to WH | $175.00 | 1.00 | $175.00 |
| 09/01/2025 | WH | Kidnapping | Review Denial order; attention to emails with Tommy and counsel on team; email to Stacy's lawyers; texts with Tommy and send further email | $625.00 | 0.60 | $375.00 |
| **Non-billable Time Entries:** | | | | | | |
| 08/11/2025 | RS | Kidnapping | Attention to memo and order of court re marital disqualification and assembly/organize of same to file and update of pleadings; Diary for all deadlines. | $195.00 | 0.10 | $19.50 |
| 08/12/2025 | WH | Kidnapping | Attention to emails | $625.00 | 0.20 | $125.00 |
| 08/13/2025 | RS | Kidnapping | Attention to ECF Notice and OPC Affidavit and update of pleadings; Memo to file. | $195.00 | 0.20 | $39.00 |
| 08/14/2025 | RS | Kidnapping | Further attention to affidavit et al. and OPC amended affidavit and assembly of same to file. | $195.00 | 0.40 | $78.00 |
| 08/15/2025 | RS | Kidnapping | Attention to ECF Notice and update of pleadings; Attention to Respondent's deadline issued by court and memo to file. | $195.00 | 0.20 | $39.00 |
| 08/19/2025 | RS | Kidnapping | Attention to ECF Notices and pleadings and assembly/organize of same to file; Update pleadings index on same; Memo to file; Attention to emails. | $195.00 | 0.30 | $58.50 |

|  |  |  |  | Totals: | 31.80 | $15,451.50 |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $15,451.50 |
| Sub-Total: | $15,451.50 |
| | |
| Total: | $15,451.50 |
| Amount Paid: | $15,451.50 |
| **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Sep 8, 2025 | eCheck #870-9AE6C via invoice | $15,451.50 | Tommy Giguere (Client) | Operating |