**Lavery**

| | | |
|---|---|---|
| Date de facturation : | 06 mars 2025 | Lavery, de Billy, S.E.N.C.R.L. |
| Numéro de facture : | 1688879 | 4000 - 1, Place Ville Marie |
| Numéro de dossier : | 147931-00001 | Montréal (QC) H3B 4M4 |
| Contact Lavery : | Harnois, Caroline | T 514 871-1522 |
| | CHarnois@lavery.ca | F 514 871-8977 |
| | | lavery.ca |

Tommy Giguère
201 route du Président-Kennedy
Vallee-Jonction, QC G0S 3J0

TPS : 116284027
TVQ : 1007183387

Notre référence : Stacey Tardif

---

Pour les services professionnels rendus pour la période terminée le 31 janvier 2025

                                                                    Montant $ CAD

**Honoraires**
    Taxables                           13 202,00
**Total des honoraires**                                            13 202,00

**Total avant taxes**                                               13 202,00$
TPS 5,00%                                                              660,10
TVQ 9,975%                                                           1 316,90

**Montant total dû**                                                15 179,00$

---

Tout montant impayé après 27 jours de la date de la facture portera intérêt au taux de 12% l'an.

**Modes de paiement**

| Transfert de fonds électronique / Virement télégraphique | | Paiement en ligne | Paiement par chèque |
|---|---|---|---|
| **Banque de Montréal** | Institution : 001 | *Banques canadiennes seulement* | À l'ordre de Lavery, de Billy |
| 630, boul. René-Lévesque Ouest | Numéro de transit : 02301 | | 4000 – 1, Place Ville Marie |
| Montréal (QC) H3B 1S6 | Compte CAD (TFE) : 1122633 | Bénéficiaire: *Lavery Avocats* | Montréal (QC) H3B 4M4 |
| Canada | Compte CAD : 02301122633 | | Canada |
| | Swift / ABA / IBAN : BOFMCAM2 | | |

*Veuillez envoyer votre avis de paiement à* : depot@lavery.ca

Date de facturation: 06 mars 2025
Numéro de facture: 1688879

Page 2 de 4

| Date | Initiales | Narratif | Heures |
|---|---|---|---|
| 12 déc 2024 | CAH | Conversation avec vous pour une première consultation; | 1,00 |
| 19 déc 2024 | CAH | Courriels à et de Me Wendy Hickey re: représentation dans votre dossier; | 0,20 |
| 20 déc 2024 | CAH | Conversation avec Me Zbona re: instructions pour débuter la rédaction de la demande de retour; | 0,30 |
| 20 déc 2024 | CAH | Étude de vos courriels et informations transmises (en partie); conversation avec Me Wendy Hickey de Boston; courriel à vous re: Me Hickey; | 1,00 |
| 20 déc 2024 | AZ | Discussion de votre dossier avec Me Caroline Harnois; | 0,30 |
| 21 déc 2024 | CAH | Étude de votre courriel; | 0,20 |
| 23 déc 2024 | AZ | Révision des documents reçus pour la préparation des documents devant accompagner la demande de retour; | 1,30 |
| 23 déc 2024 | AZ | Préparation du formulaire de retour (début); | 0,30 |
| 24 déc 2024 | AZ | Échange de courriels avec vous-même; compléter la vérification des documents que vous nous avez envoyés; | 0,70 |
| 27 déc 2024 | AZ | Discussion téléphonique avec vous-même re: informations à compléter; | 0,60 |
| 27 déc 2024 | AZ | Séance de travail sur la préparation de la demande de retour; | 1,50 |
| 30 déc 2024 | AZ | Rédaction des réponses à développement accompagnant l'application; préparation des documents accompagnant l'application; | 3,00 |
| 30 déc 2024 | AZ | Réception et prise de connaissance de vos courriels; | 0,20 |
| 03 jan 2025 | CAH | Étude de la demande de retour et déclaration préparées par Me Zbona; commentaires à elle-même re: corrections; étude de la version modifiée; instructions additionnelles pour finalisation et envoi à vous; | 2,00 |
| 03 jan 2025 | AZ | Séance de travail afin de compléter la demande selon les commentaires de Me Caroline Harnois (ajouter une section background, ajouter les références aux documents joints, etc.); rédaction et envoi d'un courriel à vous-même; | 3,80 |
| 03 jan 2025 | AZ | Réception et prise de connaissance de deux courriels de votre part (re: statut résidence fiscal); | 0,20 |
| 06 jan 2025 | CAH | Conversation avec Me Adnana Zbona; | 0,40 |
| 06 jan 2025 | AZ | Révision de vos commentaires et des documents envoyés; début des modifications; | 0,50 |
| 06 jan 2025 | AZ | Discussion téléphonique avec vous-même re: question après discussion avec Me Caroline Harnois; | 0,40 |

Date de facturation:        06 mars 2025
Numéro de facture:          1688879                                        Page 3 de 4

| Date | Initiales | Narratif | Heures |
|---|---|---|---|
| 06 jan 2025 | AZ | Mettre à jour la demande selon notre discussion avec Me Caroline Harnois et notre discussion avec vous-même; | 0,70 |
| 06 jan 2025 | AZ | Discussion de votre dossier avec Me Caroline Harnois; | 0,40 |
| 07 jan 2025 | CAH | Conversation avec Me Adnana Zbona re: annexe; | 0,20 |
| 07 jan 2025 | CAH | Étude du projet de demande de retour et d'annexe préparé par Me Adnana Zbona; | 0,40 |
| 07 jan 2025 | AZ | Séance de travail afin de mettre à jour l'annexe sur la base des commentaires de Me Caroline Harnois; | 0,40 |
| 07 jan 2025 | AZ | Discussion de votre dossier avec Me Caroline Harnois re: annexe; | 0,20 |
| 07 jan 2025 | AZ | Prise de connaissance de votre courriel; rédaction du projet de courriel destiné à Me Wendy Hickey; | 0,20 |
| 08 jan 2025 | CAH | Étude du projet de courriel à Me Wendy Hickey et commentaires à Me Zbona; | 0,20 |
| 08 jan 2025 | AZ | Finaliser le courriel adressé à Me Wendy Hickey selon la discussion avec Me Caroline Harnois de la veille; | 0,20 |
| 08 jan 2025 | AZ | Prise de connaissance de votre courriel avec les ajouts et commentaires sur l'annexe; séance de travail sur l'annexe; discussion téléphonique avec vous-même; | 1,40 |
| 10 jan 2025 | CAH | Conversation avec Me Adnana Zbona re: demande de retour et annexe; | 0,20 |
| 10 jan 2025 | AZ | Discussion de votre dossier avec Me Caroline Harnois; discussion téléphonique avec vous-même; modification de l'Annexe à la demande de retour; | 0,70 |
| 10 jan 2025 | AZ | Modifications finales à la demande de la convention et envoi à Me Wendy Hickey; | 0,30 |
| 13 jan 2025 | AZ | Démarches re: traduction de vos documents; | 0,20 |
| 14 jan 2025 | AZ | Prise de connaissance de votre courriel re: traductions; réception et prise de connaissance d'un courriel de Me Wendy Hickey; draft and send e-mail to Me Hickey; | 0,20 |
| 15 jan 2025 | AZ | Prise de connaissance des courriels de Me Wendy Hickey; discussion téléphonique avec vous-même; | 0,20 |
| 17 jan 2025 | AZ | Vérification des traductions; compléter l'annexe avec la réponse de madame au Counterclaim; rédaction et envoi d'un courriel à vous-même; | 0,30 |
| 20 jan 2025 | CAH | Étude de la demande et échange avec Me Zbona; | 0,40 |
| 20 jan 2025 | CAH | Discussion de votre dossier avec Me Zbona; | 0,20 |

Date de facturation: 06 mars 2025
Numéro de facture: 1688879                                    Page 4 de 4

| Date | Initiales | Narratif | Heures |
|---|---|---|---|
| 20 jan 2025 | CAH | Étude de différents documents préparés par Me Zbona pour accompagner la demande; | 0,40 |
| 20 jan 2025 | AZ | Discussion de votre dossier avec Me Caroline Harnois; | 0,20 |
| 20 jan 2025 | AZ | Révision et compléter le dossier de convention de la Haye avec les traductions; | 0,30 |
| 20 jan 2025 | AZ | Échanges avec Me Caroline Harnois après révision par celle-ci de la demande; vérifications finales à la demande; | 0,50 |
| 20 jan 2025 | AZ | Discussion téléphonique avec vous-même re: visas, passeports; | 0,20 |
| 20 jan 2025 | AZ | Nouvelle discussion avec vous-même re: voyages et dépôt demande; compléter la demande avec les nouvelles informations et documents (nouvelles photos visas, nouvelle copie de l'entente officielle, ajout à l'Annexe); | 0,50 |
| 22 jan 2025 | CAH | Étude du projet de courriel de Me Zbona et commentaires à elle-même; | 0,20 |
| 22 jan 2025 | AZ | Dernières vérifications; rédaction et envoi d'un courriel à vous-même; préparation de l'envoi à l'Autorité Centrale; | 0,40 |
| 22 jan 2025 | AZ | Discussion téléphonique avec vous-même re: avocats au Massachusetts; | 0,20 |
| 22 jan 2025 | AZ | Soumission de la demande à l'Autorité centrale; rédaction et envoi d'un courriel à Me Wendy Hickey l'informant; réception et prise de connaissance d'une réponse de celle-ci; | 0,20 |
| 24 jan 2025 | AZ | Réception et prise de connaissance de l'accusé de réception de l'Autorité Centrale; transfert à vous-même; prise de connaissance de votre échange de courriels avec Me Wendy Hickey; | 0,20 |
| 28 jan 2025 | CAH | Étude du courriel de l'Autorité centrale re: documents additionnels; coordination avec Me Adnana Zbona; | 0,30 |
| 28 jan 2025 | CAH | Courriel à vous-même vous transmettant celui de l'Autorité centrale; étude de vos divers courriels en réponse; | 0,50 |
| 29 jan 2025 | CAH | Courriel à vous-même; étude de votre courriel; | 0,30 |
| 31 jan 2025 | AZ | Discussion téléphonique avec vous-même; | 0,30 |
| **Total** | | | 29,60 |


# Lavery

| | |
|---|---|
| Date de facturation : 31 mars 2025 | Lavery, de Billy, S.E.N.C.R.L. |
| Numéro de facture : 1692012 | 4000 - 1, Place Ville Marie |
| Numéro de dossier : 147931-00001 | Montréal (QC) H3B 4M4 |
| Contact Lavery : Harnois, Caroline | T 514 871-1522 |
| CHarnois@lavery.ca | F 514 871-8977 |
| | lavery.ca |

Tommy Giguère
201 route du Président-Kennedy
Vallee-Jonction, QC G0S 3J0

TPS : 116284027
TVQ : 1007183387

Notre référence : Stacey Tardif

Pour les services professionnels rendus pour la période terminée le 28 février 2025

**Montant $ CAD**

**Honoraires**
Taxables                                                    7 521,00
**Total des honoraires**                                    7 521,00

**Total avant taxes**                                       7 521,00$
TPS 5,00%                                                     376,05
TVQ 9,975%                                                    750,22
**Montant total dû**                                        8 647,27$

Tout montant impayé après 31 jours de la date de la facture portera intérêt au taux de 12% l'an.

**Modes de paiement**

| Transfert de fonds électronique / Virement télégraphique | | Paiement en ligne | Paiement par chèque |
|---|---|---|---|
| **Banque de Montréal** | Institution : 001 | *Banques canadiennes seulement* | À l'ordre de Lavery, de Billy |
| 630, boul. René-Lévesque Ouest | Numéro de transit : 02301 | | 4000 – 1, Place Ville Marie |
| Montréal (QC) H3B 1S6 | Compte CAD (TFE) : 1122633 | Bénéficiaire: *Lavery Avocats* | Montréal (QC) H3B 4M4 |
| Canada | Compte CAD : 02301122633 | | Canada |
| | Swift / ABA / IBAN : BOFMCAM2 | | |

*Veuillez envoyer votre avis de paiement à* : depot@lavery.ca

Date de facturation: 31 mars 2025
Numéro de facture: 1692012                                    Page 2 de 4

| Date | Initiales | Narratif | Heures |
|---|---|---|---|
| 03 fév 2025 | CAH | Discussion téléphonique avec vous-même et Me Adnana Zbona re: affidavits; discussion avec Me Zbona re: modification à l'affidavit de votre sœur; | 0,40 |
| 03 fév 2025 | CAH | Discussion avec Me Zbona re: affidavits à venir; | 0,20 |
| 03 fév 2025 | AZ | Réception et prise de connaissance de courriels et documents de votre part; rédaction et envoi d'un accusé de réception à l'autorité centrale; échange avec Me Caroline Harnois re: affidavits à venir; | 0,30 |
| 03 fév 2025 | AZ | Discussion téléphonique avec vous-même et Me Caroline Harnois re: affidavits; discussion avec Me Harnois re: modification à l'affidavit de votre sœur; | 0,40 |
| 04 fév 2025 | AZ | Discussions téléphoniques avec vous-même; séance de travail sur la déclaration de votre sœur; | 0,50 |
| 04 fév 2025 | AZ | Réception et prise de connaissance de la déclaration de votre père; | 0,20 |
| 05 fév 2025 | CAH | Discussion avec Me Zbona re: documents à fournir à l'autorité centrale; | 0,50 |
| 05 fév 2025 | AZ | Discussion de votre dossier avec Me Caroline Harnois re: documents; | 0,50 |
| 05 fév 2025 | AZ | Discussion téléphonique avec vous-même re: déclarations et documents; | 0,20 |
| 05 fév 2025 | AZ | Séance de travail sur la modification des déclarations sous serment; | 0,60 |
| 05 fév 2025 | AZ | Séance de travail pour la sélection des documents santé des filles à être traduits; | 0,20 |
| 06 fév 2025 | CAH | Étude des projets de déclarations sous serment; conversation et échanges avec Me Zbona à cet égard; | 0,80 |
| 06 fév 2025 | AZ | Échanges avec Me Caroline Harnois re: les déclarations; ajustements aux déclarations; discussion téléphonique avec vous-même; vérification des documents médicaux de Maykaela pour en choisir un autre; | 1,50 |
| 07 fév 2025 | CAH | Conversation avec Me Zbona re: envoi de documents à Wendy Hickey; | 0,20 |
| 07 fév 2025 | AZ | Échange avec vous-même re: date de déménagement aux É-U et discussion téléphonique à ce sujet; | 0,20 |
| 07 fév 2025 | AZ | Prise de connaissance d'un courriel de Me Benoît Doré-Coulombe de l'Autorité Centrale et démarches pour les traductions; | 0,40 |

Date de facturation: 31 mars 2025
Numéro de facture: 1692012                                      Page 3 de 4

| Date | Initiales | Narratif | Heures |
|---|---|---|---|
| 07 fév 2025 | AZ | Discussion avec Me Caroline Harnois re: envoi de documents à Wendy Hickey; discussion téléphonique avec vous-même; envoi des déclarations à Wendy Hickey; | 0,20 |
| 07 fév 2025 | VMO | Finalisation des déclarations sous serment (4 témoins); | 0,50 |
| 10 fév 2025 | CAH | Deux (2) conversations avec Me Zbona re: annexe modifié et prochaines étapes; | 0,30 |
| 10 fév 2025 | AZ | Discussion de votre dossier avec Me Caroline Harnois re: prochaines étapes; | 0,20 |
| 10 fév 2025 | AZ | Appel téléphonique avec vous-même; modification de la déclaration; échange de courriels avec Wendy Hickey; rédaction et envoi d'un courriel à Me Benoît Doré-Coulombe de l'autorité centrale; vérification des traductions; | 0,90 |
| 10 fév 2025 | AZ | Échange de courriels avec Wendy Hickey; discussion avec Me Caroline Harnois re: l'annexe modifiée; | 0,30 |
| 11 fév 2025 | CAH | Conversation et échange avec Me Zbona re: déclaration sous serment et autorité centrale; | 0,30 |
| 11 fév 2025 | AZ | Prise de connaissance de votre courriel re: visites au Canada et signatures; rédaction et envoi d'un courriel à vous-même; | 0,20 |
| 11 fév 2025 | AZ | Discussion téléphonique avec Me Benoît Doré-Coulombe re: documents et déclaration; | 0,20 |
| 11 fév 2025 | AZ | Discussion de votre dossier avec Me Caroline Harnois; réception et prise de connaissance d'un courriel de Wendy Hickey; discussion téléphonique avec vous-même; modification des déclarations de votre père et sœur; modifications additionnelles à votre annexe; échanges avec Me Harnois re: les modifications; | 0,90 |
| 11 fév 2025 | AZ | Rédaction du projet de courriel à être acheminé à l'autorité centrale avec les nouveaux documents; | 0,30 |
| 12 fév 2025 | CAH | Commentaires à Me Zbona re: déclaration sous serment; | 0,20 |
| 12 fév 2025 | AZ | Réception et prise de connaissance de la demande préparée par Wendy Hickey; réception et prise de connaissance de vos commentaires; réception et prise de connaissance des commentaires de Me Caroline Harnois; rédaction et envoi d'un courriel détaillé à Wendy Hickey; | 1,10 |
| 12 fév 2025 | AZ | Vérification des documents traduits finaux; préparation pour envoi à l'autorité centrale; | 0,30 |
| 12 fév 2025 | AZ | Démarches re: traductions à corriger par la traductrice; | 0,20 |
| 13 fév 2025 | AZ | Rédaction d'un courriel à Wendy Hickey pour envoi des documents envoyés à l'autorité centrale; | 0,20 |

Date de facturation: 31 mars 2025
Numéro de facture: 1692012                                                              Page 4 de 4

| Date | Initiales | Narratif | Heures |
|---|---|---|---|
| 14 fév 2025 | AZ | Réception et prise de connaissance du courriel de Me Benoît Doré-Coulombe re: soumission du dossier à l'autorité centrale américaine; transfert du courriel à vous-même; autres échanges avec l'autorité centrale, échanges avec vous-même; rédaction et envoi d'un courriel à Wendy Hickey l'informant du dépôt de la demande auprès de l'autorité centrale américaine; | 0,40 |
| 18 fév 2025 | AZ | Réception et prise de connaissance d'un courriel de Wendy Hickey re: votre dossier; | 0,20 |
| 18 fév 2025 | AZ | Réception et prise de connaissance d'un courriel de l'autorité centrale; rédaction et envoi d'un courriel à vous-même; | 0,20 |
| 18 fév 2025 | AZ | Échange de courriels avec vous-même re: formulaires; rédaction et envoi d'un courriel à Wendy Hickey re: formulaires; | 0,20 |
| 19 fév 2025 | AZ | Prise de connaissance de votre courriel; réception et prise de connaissance du courriel de Wendy Hickey; prise de connaissance de vos nouveaux courriels à la suite de celui de Wendy Hickey; | 0,30 |
| 20 fév 2025 | AZ | Prise de connaissance du courriel de Wendy Hickey; envoi des documents à l'autorité centrale; | 0,20 |
| 21 fév 2025 | CAH | Étude de la demande révisée de Wendy Hickey; rédaction de nos commentaires; conversation avec Me Zbona pour finalisation; | 0,50 |
| 21 fév 2025 | AZ | Discussion avec Me Caroline Harnois re: commentaires sur la demande de Wendy Hickey; discussions téléphonique avec vous-même; modification des commentaires en marges; rédaction et envoi d'un courriel à Wendy Hickey; | 0,60 |
| 21 fév 2025 | AZ | Révision de la demande rédigée par Wendy Hickey; | 0,40 |
| 25 fév 2025 | AZ | Révision des derniers échanges avec Wendy Hickey et bref survol de la version finale de la demande; | 0,20 |
| 27 fév 2025 | CAH | Étude de divers courriels re: procédures au Massachusetts; | 0,40 |
| **Total** | | | **17,00** |

 **Lavery**

| | | | |
|---|---|---|---|
| Date de facturation : | 30 avril 2025 | | Lavery, de Billy, S.E.N.C.R.L. |
| Numéro de facture : | 1695688 | | 4000 - 1, Place Ville Marie |
| Numéro de dossier : | 147931-00001 | | Montréal (QC) H3B 4M4 |
| Contact Lavery : | Harnois, Caroline | | T 514 871-1522 |
| | CHarnois@lavery.ca | | F 514 871-8977 |
| | | | lavery.ca |

**Tommy Giguère**
201 route du Président-Kennedy
Vallee-Jonction, QC G0S 3J0

TPS : 116284027
TVQ : 1007183387

Notre référence : Stacey Tardif

---

Pour les services professionnels rendus pour la période terminée le 31 mars 2025

| | Montant $ CAD |
|---|---:|
| **Honoraires** | |
| Taxables         444,00 | |
| **Total des honoraires** | 444,00 |
| **Total avant taxes** | 444,00$ |
| TPS 5,00% | 22,20 |
| TVQ 9,975% | 44,29 |
| **Montant total dû** | 510,49$ |

Tout montant impayé après 30 jours de la date de la facture portera intérêt au taux de 12% l'an.

**Modes de paiement**

| Transfert de fonds électronique / Virement télégraphique | | | Paiement en ligne | Paiement par chèque |
|---|---|---|---|---|
| **Banque de Montréal** | Institution : | 001 | *Banques canadiennes seulement* | À l'ordre de Lavery, de Billy |
| 630, boul. René-Lévesque Ouest | Numéro de transit : | 02301 | | 4000 – 1, Place Ville Marie |
| Montréal (QC) H3B 1S6 | Compte CAD (TFE) : | 1122633 | Bénéficiaire: *Lavery Avocats* | Montréal (QC) H3B 4M4 |
| Canada | Compte CAD : | 02301122633 | | Canada |
| | Swift / ABA / IBAN : | BOFMCAM2 | | |

*Veuillez envoyer votre avis de paiement à* : depot@lavery.ca

Date de facturation:          30 avril 2025
Numéro de facture:            1695688                                      Page 2 de 2

| Date | Initiales | Narratif | Heures |
| --- | --- | --- | --- |
| 21 mar 2025 | AZ | Échange de courriels avec l'Autorité centrale du Québec; discussion téléphonique avec vous-même; | 0,20 |
| 24 mar 2025 | AZ | Échange de courriels avec Me Wendy Hickey; envoi d'une copie de la procédure à l'Autorité centrale du Québec; | 0,20 |
| 26 mar 2025 | CAH | Communication avec Me Zbona suivant le dernier courriel de Me Wendy Hickey; | 0,20 |
| 26 mar 2025 | AZ | Prise de connaissance de votre courriel à madame Wendy Hickey; | 0,20 |
| 26 mar 2025 | AZ | Discussion de votre dossier avec Me Caroline Harnois re: réponse de madame et opinion demandée par Me Wendy Hickey re: loi au Québec; | 0,20 |
| **Total** | | | **1,00** |

 **Lavery**

| | | |
|---|---|---|
| Date de facturation : | 09 juillet 2025 | Lavery, de Billy, S.E.N.C.R.L. |
| Numéro de facture : | 1703356 | 4000 - 1, Place Ville Marie |
| Numéro de dossier : | 147931-00001 | Montréal (QC) H3B 4M4 |
| Contact Lavery : | Harnois, Caroline | T 514 871-1522 |
| | CHarnois@lavery.ca | F 514 871-8977 |
| | | lavery.ca |

**Tommy Giguère**
201 route du Président-Kennedy
Vallee-Jonction, QC G0S 3J0

TPS : 116284027
TVQ : 1007183387

Notre référence : Stacey Tardif

---

Pour les services professionnels rendus pour la période terminée le 31 mai 2025

| | | Montant $ CAD |
|---|---|---|
| **Honoraires** | | |
| Taxables | 402,00 | |
| **Total des honoraires** | | 402,00 |
| **Débours** | | |
| Taxables | 28,71 | |
| **Total des débours** | | 28,71 |
| **Total avant taxes** | | 430,71$ |
| TPS 5,00% | | 21,54 |
| TVQ 9,975% | | 42,96 |
| **Montant total dû** | | 495,21$ |

Tout montant impayé après 26 jours de la date de la facture portera intérêt au taux de 12% l'an.

**Modes de paiement**

| Transfert de fonds électronique / Virement télégraphique | | Paiement en ligne | Paiement par chèque |
|---|---|---|---|
| **Banque de Montréal** | Institution : 001 | *Banques canadiennes seulement* | À l'ordre de Lavery, de Billy |
| 630, boul. René-Lévesque Ouest | Numéro de transit : 02301 | | 4000 – 1, Place Ville Marie |
| Montréal (QC) H3B 1S6 | Compte CAD (TFE) : 1122633 | Bénéficiaire: *Lavery Avocats* | Montréal (QC) H3B 4M4 |
| Canada | Compte CAD : 02301122633 | | Canada |
| | Swift / ABA / IBAN : BOFMCAM2 | | |

*Veuillez envoyer votre avis de paiement à* : depot@lavery.ca

Date de facturation: 09 juillet 2025
Numéro de facture: 1703356                                                                Page 2 de 2

| Date | Initiales | Narratif | Heures |
|---|---|---|---|
| 09 avr 2025 | AZ | Échange de courriels avec Me Benoît Doré-Coulombe de l'Autorité Centrale; | 0,20 |
| 05 mai 2025 | CAH | Conversation avec Me Adnana Zbona re: prochaines étapes au dossier; | 0,20 |
| 09 mai 2025 | CAH | Conversation avec Me Zbona re: courriel de l'Autorité centrale; | 0,20 |
| 09 mai 2025 | AZ | Réception et prise de connaissance d'un courriel de l'autorité centrale pour le Québec; discussion de votre dossier avec Me Caroline Harnois; | 0,20 |
| **Total** | | | **0,80** |

**Débours taxables**

| | Montant |
|---|---|
| Taxis | 28,71 |
| **Total** | **28,71** |