# FACTURE

**DE**
Christelle Zelaya, trad. a.
1804-650, rue Jean D'Estrées
Montréal (Québec) H3C 0G3
Téléphone : 514 652-6062
Courriel : christelle.zelaya@live.ca

**À**
Monsieur Tommy Giguère
201, route du Président-Kennedy
Vallée-Jonction (Québec) G0S 3J0
Téléphone :
Courriel :

**N° FA251701-001**
**Date** 17 janvier 2025
**Projets** Traduction Lavery
**Description** Facture pour traduction

| Description | Nom du document | Prix | Quantité | Montant |
|---|---|---|---|---|
| Traduction FR > EN | - Birth cert. Maeva<br>- Certificat de mariage<br>- Father's Driver's licence<br>- Mother's Driver's licence<br>- Desjardins bank statement | 50 $/document | 5 | 250,00 $ |
| Traduction FR > EN | - Échange textos - Letters received at 201 Presidence-Kennedy N 180 mots<br>- Échange textos - refus info 100 mots | 0,22 $/mot | 280 mots | 61,60 $ |
| | | | **Sous-total** | 311,60 $ |
| | | | **TPS** | S.O. |
| | | | **TVQ** | S.O. |
| | | | **Solde à payer** | 311,60 $ |

**Remarques**

Merci beaucoup!
Si jamais il y a quoi que ce soit, n'hésitez pas à communiquer avec moi.

Merci !

**Numéros d'enregistrement**         TPS : Non-inscrite
                                      TVQ : Non-inscrite

**Modalités de paiement**
Le paiement doit être effectué dans les 90 jours suivant la date de cette facture.

**Méthodes de paiement acceptées**
J'accepte les virements bancaires (Interac) ou PayPal. Je préfère que les paiements soient effectués par virement, en raison des frais marchands de PayPal. Vous pouvez effectuer le paiement à l'adresse e-mail ou au numéro de téléphone indiqués sur cette facture ou demander à ce que je vous envoie une facture par l'entremise de PayPal.

# FACTURE

**DE**
Christelle Zelaya, trad. a.
1804-650, rue Jean D'Estrées
Montréal (Québec) H3C 0G3
Téléphone : 514 652-6062
Courriel : christelle.zelaya@live.ca

**À**
Monsieur Tommy Giguère
201, route du Président-Kennedy
Vallée-Jonction (Québec) G0S 3J0
Téléphone :
Courriel :

**N°** FA251002-001
**Date** 21 février 2025
**Projets** Traduction Lavery
**Description** Facture pour traduction

| Description | Nom du document | Prix | Quantité | Montant |
|---|---|---|---|---|
| Traduction FR > EN | - 2 attestations de services de garde reçus<br>- 2 certificats de baptême<br>- 1 profil vaccinal de l'usager<br>- 1 suivi de santé du nourrisson<br>- 1 vaccination toute clientèle | 50 $/document | 7 | 350,00 $ |
| Traduction FR > EN | - 1 suivi de l'enfant 18m+ (document plus long et complexe) | 100 $/document | 1 | 100,00 $ |
| Traduction FR > EN | Déclaration sous serment | 0,22 $/mot | 280 mots | 61,60 $ |
| | | | **Sous-total** | 511,60 $ |
| | | | **TPS** | S.O. |
| | | | **TVQ** | S.O. |
| | | | **Solde à payer** | 511,60 $ |

**Remarques**

*Merci beaucoup !*

**Numéros d'enregistrement**   TPS : Non-inscrite
                               TVQ : Non-inscrite

**Modalités de paiement**
Le paiement doit être effectué dans les 90 jours suivant la date de cette facture.

**Méthodes de paiement acceptées**
J'accepte les virements bancaires (Interac) ou PayPal. Je préfère que les paiements soient effectués par virement, en raison des frais marchands de PayPal. Vous pouvez effectuer le paiement à l'adresse courriel ou au numéro de téléphone indiqués sur cette facture ou demander à ce que je vous envoie une facture par l'entremise de PayPal.