

Portsmouth Hotel & Suites
580 US Highway 1 Bypass
Portsmouth, NH 03801

Fax:      (603)431-3903
Email:    frontdesk@bwportsmouthnh.com

Phone:    (603)436-7600

Web:      www.bwportsmouth.com

## Guest Charges

Best Western Rewards # :          6006637819323528

| | | | |
|---|---|---|---|
| Folio #:            320604 | **Guest : GIGUERE, TOMMY** | Conf #:     290433 |
| Room #:            325 | BWR Tier :        Gold | CRS #:      BW 341133224-01 |
| Payment Method : Credit Card | Billing Reference : | |
| Rate : | Company : | Arrival:     4/25/2025 |
| 4/25/2025     $121.80 | 201 Route du Président Kennedy | Departure: 4/27/2025 |
| | Vallée-Jonction, QC G0S 3J0 | |

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 4/25/2025 | VI | VI5014 | | 325 | | $264.30 | ($264.30) |
| 4/25/2025 | ROOM | Auto Posted Rate: BW | | 325 | $121.80 | | ($142.50) |
| 4/25/2025 | HOTEL TAX | Auto Posted Rate: BW | | 325 | $10.35 | | ($132.15) |
| 4/26/2025 | ROOM | Auto Posted Rate: BW | | 325 | $121.80 | | ($10.35) |
| 4/26/2025 | HOTEL TAX | Auto Posted Rate: BW | | 325 | $10.35 | | $0.00 |
| | | | | | **Balance** | | **$0.00** |

### Credit Card Payment

| | | | |
|---|---|---|---|
| Payment Type: | Credit Card | Amount Paid: | $264.30 |
| Account: | VI5014 | Approval Code: | _051806N_ |
| Account Holder: | Tommy, Giguere | Approval Amount: | ($264.30) |

I agree that my liability for all charges is not waived.

Hampshire Inn
20 Spur Road
Seabrook, NH 03874

Fax:    603-474-2886
Email:  reservations@bwhampshireinn.com

Phone:  603-474-5700

Web:

**BW**

**Best Western.**

## Guest Charges

Best Western Rewards # :    6006637819323528

| | | | |
|---|---|---|---|
| Folio #: | 68192 | **Guest : Giguere, Tommy** | Conf #:    66793 |
| Room #: | 211 | BWR Tier :    BASE | CRS #:    BW 439270522-01 |
| Payment Method : Credit Card | | Billing Reference : | |
| Rate : | | Company : | Arrival:    2/14/2025 |
| | 2/14/2025    $139.49 | 201 Route Du Président Kennedy | Departure: 2/16/2025 |
| | 2/15/2025    $122.39 | Vallée-Jonction, QC G0S 3J0 | |

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|------|-----------|-----------|---------|------|--------|--------|---------|
| 2/14/2025 | RM | Auto Posted | | 211 | $139.49 | | $139.49 |
| 2/14/2025 | RT | Auto Posted | | 211 | $11.86 | | $151.35 |
| 2/15/2025 | RM | Auto Posted | | 211 | $122.39 | | $273.74 |
| 2/15/2025 | RT | Auto Posted | | 211 | $10.40 | | $284.14 |
| 2/16/2025 | VS | VI5014 | | 211 | | $284.14 | $0.00 |
| | | | | | **Balance** | | **$0.00** |

### Credit Card Payment

| | | | |
|---|---|---|---|
| Payment Type: | Credit Card | Amount Paid: | $0.00 |
| Account: | VI5014 | Approval Code: | |
| Account Holder: | Tommy, Giguere | Approval Amount: | ($284.14) |

I agree that my liability for all charges is not waived and agree to pay the above charge amount to the card issuer agreement.

Guest Signature

Each BWH℠ Hotels property is independently owned and operated.

**BW**

**Best Western.**

Hampshire Inn
20 Spur Road
Seabrook, NH 03874

Phone:    603-474-5700

Fax:    603-474-2886
Email:    reservations@bwhampshireinn.com

Web:

## Guest Charges

Best Western Rewards # :    6006637819323528

| | | | | | |
|---|---|---|---|---|---|
| Folio #: | 67321 | **Guest : Giguere, Tommy** | | Conf #: | 65953 |
| Room #: | 204 | BWR Tier : | BASE | CRS #: | BW 190874728-01 |
| Payment Method : | Credit Card | Billing Reference : | | | |
| Rate : | | Company : | | Arrival: | 1/2/2025 |
| | 1/2/2025 | $96.99 | 201 Route Du Président Kennedy | Departure: | 1/5/2025 |
| | 1/3/2025 | $122.49 | Vallée-Jonction, QC G0S 3J0 | | |
| | 1/4/2025 | $137.79 | | | |

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 1/2/2025 | RM | Auto Posted | | 204 | $96.99 | | $96.99 |
| 1/2/2025 | RT | Auto Posted | | 204 | $8.24 | | $105.23 |
| 1/3/2025 | RM | Auto Posted | | 204 | $122.49 | | $227.72 |
| 1/3/2025 | RT | Auto Posted | | 204 | $10.41 | | $238.13 |
| 1/4/2025 | RM | Auto Posted | | 204 | $137.79 | | $375.92 |
| 1/4/2025 | RT | Auto Posted | | 204 | $11.71 | | $387.63 |
| 1/5/2025 | VS | VI5014 | | 204 | | $387.63 | $0.00 |
| | | | | | **Balance** | | **$0.00** |

### Credit Card Payment

| | | | |
|---|---|---|---|
| Payment Type: | Credit Card | Amount Paid: | $0.00 |
| Account: | VI5014 | Approval Code: | |
| Account Holder: | Tommy, Giguere | Approval Amount: | ($387.63) |

I agree that my liability for all charges is not waived and agree to pay the above charge amount to the card issuer agreement.

Guest Signature

14/07/2025 10:23                    Gmail - Confirmation de voyage Expedia – mar. 15 juill. – (Itinéraire nº 73173498183626)

 Gmail                                          **Tommy Giguere <tommgiguere1991@gmail.com>**

---

**Confirmation de voyage Expedia – mar. 15 juill. – (Itinéraire nº 73173498183626)**
1 message

---

**Expedia.ca** <expedia@eg.expedia.com>                              Mon, Jul 14, 2025 at 5:54 AM
Reply-To: No Reply <reply-feb911797c6c027c-72_HTML-274369289-526001751-147374@eg.expedia.com>
To: tommgiguere1991@gmail.com

# ↗ Expedia

# Merci Tommy! Votre réservation est confirmée.

**Numéro d'itinéraire : 73173498183626**

Afficher l'itinéraire complet

Télécharger sur mon téléphone

## ⚇ Détails sur le voyageur

2 adultes

## 🏢 Boston Marriott Newton



<u>2345 Commonwealth Avenue, Newton, MA, 02466 États-Unis d'Amérique</u>

Arrivée                                                                      Départ

mar. 15 juill.                                                              ven. 18 juill.

Arrivée à partir de 16 h                                                          midi

# Détails de l'hébergement

Réservation pour **Tommy Giguere.**

Vous avez réservé **1 chambre**.

**Chambre, 2 grands lits**

Gérer la réservation

**Voyagez en toute confiance avec l'appli Expedia**

Gérez vos plans de voyage et apportez des modifications, où que vous soyez.
<u>Explorer l'appli</u>

## Sommaire du prix

| | |
|---|---:|
| Hébergement 1 | 1 114,08 $ CA |
| Nuits : 3 (moy./nuit) | 332,46 $ CA |
| Taxes | 116,69 $ CA |
| | |
| Assurance de réservation d'hôtel | 88,98 $ CA |
| Sous-total | 1 203,06 $ CA |
| 312 points Récompenses Expedia utilisés | -3,12 $ CA |

## Total                                                 1 199,94 $ CA

Perçu par Expedia

À moins d'indication contraire, les tarifs sont exprimés en dollars canadiens.

Consultez votre itinéraire pour connaître les détails du prix de la chambre.

## Expedia Rewards

## Vous accumulerez 1111 points Récompenses Expedia.

Obtenez le double de points Récompenses Expedia pour chaque réservation effectuée à partir de l'appli.

Afficher le reçu

# Assurance de réservation d'hôtel

**mar. 15 juill. - ven. 18 juill.**

Numéro d'itinéraire : 73173498183626

## Renseignements importants

**Frais supplémentaires relatifs à l'hébergement**
Ces frais et acomptes s'appliquent seulement s'ils ne sont pas déjà compris dans le tarif de la chambre sélectionnée.

Le prix ne comprend AUCUNS frais de service à l'hébergement, AUCUNE dépense personnelle (minibar ou appels téléphoniques, par exemple) et AUCUN supplément. L'hébergement évaluera ces frais et suppléments au moment du départ.

**Règles et restrictions**
Pour connaître les règles et restrictions, veuillez consulter votre itinéraire complet.

**Annulations et modifications**

Aucuns frais d'annulation ne sont facturés avant 23:59 (heure locale de l'hébergement) le 12 juill. 2025.

Les annulations et les modifications effectuées après 23:59 (heure locale de l'hébergement) le 12 juill. 2025 ou les défections engendreront des frais d'hébergement équivalant au tarif de la première nuit, plus les taxes et les frais.

**Frais par personne et capacité de l'hébergement**

Le tarif de base est pour 2 personnes.

Nombre maximal de personnes par chambre ou unité : 4

Nombre maximal d'adultes par chambre ou unité : 4

Nombre maximal d'enfants par chambre ou unité : 3

Nombre maximal de jeunes enfants par chambre ou unité : 3

Cet hébergement considère que les clients âgés de 11 ans ou moins au moment du voyage sont des enfants.

L'hébergement ne garantit pas la disponibilité pour les voyageurs supplémentaires.

**Politiques relatives à l'arrivée**

Arrivée à partir de 16 h

Arrivée jusqu'à à tout moment

Âge minimum pour l'enregistrement : 21

**Instructions spéciales**

Les clients recevront un courriel dans les 72 heures avant l'arrivée contenant les instructions relatives à l'arrivée. Le personnel de la réception accueillera les clients sur place.

**Instructions pour arrivée tardive**

En cas d'arrivée tardive, communiquez directement avec l'hébergement afin de vous renseigner sur les politiques en vigueur.

# Comment obtenir de l'aide

Pour toute demande spéciale ou question concernant votre chambre ou l'hébergement, communiquez avec Boston Marriott Newton.

Tél. : 1 617 969-1000 , Téléc. : 1 617 527-6914

Si vous avez besoin d'aide pour gérer cet itinéraire, veuillez communiquer avec Expedia.

**Numéro d'itinéraire : 73173498183626**

Service à la clientèle Expedia

Obtenez du soutien sur l'appli Expedia avec un accès aux agents virtuel en tout temps.

Gérer mon itinéraire

**● Vous cherchez autre chose?**

* Annulation sans frais pour la plupart des réservations de chambres

- Flexibilité pour votre prochain voyage avec l'option de payer maintenant ou plus tard

Afficher les offres

↗ Téléchargez l'appli Expedia

Énoncé de confidentialité    Service à la clientèle    Afficher en ligne

Tour East Holidays (Canada) Inc., 8, 45e Avenue, Suite 9, Montréal, QC H8T 2L7, Canada. N° de permis du Québec : 702246.

Le présent courriel et les liens qui y sont associés pourraient contenir vos renseignements personnels. Veuillez le transmettre uniquement à des personnes en qui vous avez confiance.

Vous recevez ce courriel transactionnel à la suite d'une réservation récente, d'une interaction avec nous, d'une adhésion ou de la mise à jour de votre compte sur le site Expedia.ca.

 Gmail

**Tommy Giguere <tommgiguere1991@gmail.com>**

## Voici votre reçu

**Booking.com** <noreply-payments@booking.com>
Reply-To: "Booking.com" <noreply-payments@booking.com>
To: tommgiguere1991@gmail.com

Tue, Jun 10, 2025 at 10:18 AM

## Voici votre reçu

### Vos coordonnées

| | |
|---|---|
| Prénom et nom | Giguere Tommy |
| Adresse | 201 Route du Président Kennedy Nord Vallée-Jonction, G0S 3J0 |
| E-mail | tommgiguere1991@gmail.com |
| Date | 10 juin 2025 |

### Détails de la réservation

| | |
|---|---|
| Numéro de réservation | 5775186730 |
| Nom de l'établissement | Sheraton Boston Needham Hotel |
| Adresse de l'établissement | 100 Cabot Street Needham (Massachusetts), United States of America |

02494

| | |
|---|---|
| Arrivée | dimanche 15 juin 2025 |
| Départ | lundi 16 juin 2025 |

**Montant payé le 10 juin 2025**                                    **CAD 250,39**

Votre reçu est généré automatiquement.

Il s'agit d'une preuve de votre transaction qui ne peut pas être utilisée pour demander le remboursement de la TVA.

Veuillez noter que ceci n'est pas une facture.

Seul l'établissement peut émettre une facture valable à des fins fiscales.

**Booking.com**

Oosterdokskade 163

1011 DL Amsterdam

Pays-Bas

Copyright © 1996–2025 Booking.com. Tous droits réservés.

En communiquant avec l'établissement dans lequel vous avez réservé via Booking.com, vous acceptez le traitement des communications tel que stipulé dans notre Charte de confidentialité.

↗ Expedia

# Receipt

Expedia itinerary: 7313**********

Purchase date: Jun 6, 2025

## Booking details

### Hampton Falls Inn

11 Lafayette Rd, Hampton Falls, NH, 03844 United States of America

Check in: Jun 6, 2025

Check out: Jun 8, 2025

1 room x 2 nights

**Standard Room, 2 Queen Beds, Non Smoking**

Booked for: Tommy

## Payment details

**Room price**

| | |
|---|---|
| Fri, Jun 6 | $156.94 |
| Sat, Jun 7 | $170.79 |
| Taxes & fees | $31.85 |

| | |
|---|---|
| **Total** | **$0.00** |
| | Paid |
| | [Visa 5014] |

13/07/2025 17:34                                    Gmail - Voici votre reçu

 Gmail                                    **Tommy Giguere <tommgiguere1991@gmail.com>**

## Voici votre reçu

**Booking.com** <noreply-payments@booking.com>                    Thu, Mar 13, 2025 at 12:03 AM
Reply-To: "Booking.com" <noreply-payments@booking.com>
To: tommgiguere1991@gmail.com

## Voici votre reçu

### Vos coordonnées

Prénom et nom                    Giguere Tommy

Adresse                    201 Route du Président Kennedy Nord
                         Vallée-Jonction,
                         G0S 3J0

E-mail                    tommgiguere1991@gmail.com

Date                    13 mars 2025

### Détails de la réservation

Numéro de réservation        4416045025

Nom de l'établissement        Garrison Hotel & Suites Dover-Portsmouth,
                         Ascend Hotel Collection

Adresse de l'établissement    200 Sterling Way
                         Dover (New Hampshire), United States of
                         America

NH 03820

| | |
|---|---|
| Arrivée | vendredi 14 mars 2025 |
| Départ | dimanche 16 mars 2025 |
| **Montant payé le 13 mars 2025** | **CAD 358** |

Votre reçu est généré automatiquement.

Il s'agit d'une preuve de votre transaction qui ne peut pas être utilisée pour demander le remboursement de la TVA.

Veuillez noter que ceci n'est pas une facture.

Seul l'établissement peut émettre une facture valable à des fins fiscales.

**Booking.com**

Oosterdokskade 163

1011 DL Amsterdam

Pays-Bas

Copyright © 1996–2025 Booking.com. Tous droits réservés.

En communiquant avec l'établissement dans lequel vous avez réservé via Booking.com, vous acceptez le traitement des communications tel que stipulé dans notre Charte de confidentialité.

↗ Expedia

# Reçu

Itinéraire Expedia : 7306*********
Date d'achat : 28 mars 2025

## Détails de réservation

### Hampton Village Inn

660 Lafayette Road, Hampton, NH, 03842 États-Unis d'Amérique

Arrivée : 28 mars 2025

Départ : 30 mars 2025

1 chambre x 2 nuits

**Chambre Standard, 2 grands lits, non-fumeur**

Réservation au nom de Tommy

## Détails de paiement

**Prix de la chambre**

| | |
|---|---|
| ven. 28 mars | 155,98 $ CA |
| sam. 29 mars | 155,98 $ CA |
| Taxes | 26,52 $ CA |

| | |
|---|---|
| **Total** | **338,48 $ CA** |
| | Payé |
| | [Visa 5014] |

Hampshire Inn
20 Spur Road
Seabrook, NH 03874

Fax:      603-474-2886
Email:    reservations@bwhampshireinn.com

Phone:    603-474-5700

Web:

**BW**

**Best Western**®

## Guest Charges

Best Western Rewards # :            6006637819323528

| | | | |
|---|---|---|---|
| Folio #: | 70402 | **Guest : Giguere, Tommy** | Conf #: 68934 |
| Room #: | 310 | BWR Tier : Platinum | CRS #: BW 661055321-01 |
| Payment Method : | Credit Card | Billing Reference : | |
| Rate : | | Company : | Arrival: 5/9/2025 |
| | 5/9/2025 $136.39 | 201 Route Du Président Kennedy | Departure: 5/11/2025 |
| | 5/10/2025 $149.59 | Vallée-Jonction, QC G0S 3J0 | |

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|------|-----------|-----------|---------|------|--------|--------|---------|
| 5/9/2025 | RM | Auto Posted | | 310 | $136.39 | | $136.39 |
| 5/9/2025 | RT | Auto Posted | | 310 | $11.59 | | $147.98 |
| 5/10/2025 | RM | Auto Posted | | 310 | $149.59 | | $297.57 |
| 5/10/2025 | RT | Auto Posted | | 310 | $12.72 | | $310.29 |
| 5/11/2025 | VS | VI5014 | | 310 | | $310.29 | $0.00 |
| | | | | | **Balance** | | **$0.00** |

### Credit Card Payment

| | | | |
|---|---|---|---|
| Payment Type: | Credit Card | Amount Paid: | $0.00 |
| Account: | VI5014 | Approval Code: | |
| Account Holder: | Tommy, Giguere | Approval Amount: | ($310.29) |

I agree that my liability for all charges is not waived and agree to pay the above charge amount to the card issuer agreement.

Guest Signature

**BW**

**Best Western.**

Hampshire Inn
20 Spur Road
Seabrook, NH 03874

Phone:    603-474-5700

Fax:      603-474-2886
Email:    reservations@bwhampshireinn.com

Web:

## Guest Charges

Best Western Rewards # :            6006637819323528

| | | | | | |
|---|---|---|---|---|---|
| Folio #: | 66461 | **Guest : GIGUERE, TOMMY** | | Conf #: | 65119 |
| Room #: | 206 | BWR Tier : | BASE | CRS #: | BW 262443387-01 |
| Payment Method : | Credit Card | Billing Reference : | | | |
| Rate : | | Company : | | Arrival: | 11/20/2024 |
| | 11/20/2024 | $92.74 | 201 Route du Président Kennedy | Departure: | 11/22/2024 |
| | 11/21/2024 | $105.49 | Vallée-Jonction, QC G0S 3J0 | | |

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 11/20/2024 | RM | Auto Posted | | 206 | $92.74 | | $92.74 |
| 11/20/2024 | RT | Auto Posted | | 206 | $7.88 | | $100.62 |
| 11/21/2024 | RM | Auto Posted | | 206 | $105.49 | | $206.11 |
| 11/21/2024 | RT | Auto Posted | | 206 | $8.97 | | $215.08 |
| 11/22/2024 | VS | VI5014 | | 206 | | $215.08 | $0.00 |
| | | | | | **Balance** | | **$0.00** |

### Credit Card Payment

| | | | |
|---|---|---|---|
| Payment Type: | Credit Card | Amount Paid: | $0.00 |
| Account: | VI5014 | Approval Code: | |
| Account Holder: | Tommy, Giguere | Approval Amount: | ($215.08) |

I agree that my liability for all charges is not waived and agree to pay the above charge amount to the card issuer agreement.

Guest Signature

13/07/2025 17:21                    Gmail - Confirmation de voyage Expedia – ven. 11 oct. – (Itinéraire n° 72939807011811)

 Gmail                                **Tommy Giguere <tommgiguere1991@gmail.com>**

---

**Confirmation de voyage Expedia – ven. 11 oct. – (Itinéraire n° 72939807011811)**
1 message

---

**Expedia.ca** <expedia@eg.expedia.com>                          Thu, Oct 10, 2024 at 3:09 PM
Reply-To: No Reply <reply-fecb107574650575-72_HTML-274369289-526001751-704626@eg.expedia.com>
To: tommgiguere1991@gmail.com

---

## ↗ Expedia

# Merci Tommy! Votre réservation est confirmée.

**Numéro d'itinéraire : 72939807011811**

Afficher l'itinéraire complet

Télécharger sur mon téléphone

  ⚬ Renseignements sur le(s) voyageur(s)

    1 adultes, 2 enfants, 1 jeunes enfants

🏨 Hampton Inn Boston/Marlborough



277 Boston Post Rd West, Marlborough, MA, 01752 États-Unis d'Amérique

| Arrivée | Départ |
|---|---|
| ven. 11 oct. | lun. 14 oct. |
| Arrivée à partir de 15 h | midi |

Annulation sans frais jusqu'au 10 oct. 2024 à 23 h 59 (heure locale de l'hébergement)

## Détails de l'hébergement

Vous avez réservé **1 chambre**.

**Chambre, 1 très grand lit (Walk-in Shower)**

**Voyagez en toute confiance avec l'appli Expedia**

Gérez vos plans de voyage et apportez des modifications, où que vous soyez.
Explorer l'appli

## Sommaire du prix

| Hébergement 1 | 673,14 $ US |
|---|---|
| Nuits : 3 (moy./nuit) | 200,88 $ US |

Taxes                                                                          70,50 $ US

Total                                673,14 $ US (923,01$ CA)

Montant perçu à l'hébergement

À moins d'indication contraire, les tarifs sont exprimés en dollars canadiens.

Consultez votre itinéraire pour connaître les détails du prix de la chambre.

Les tarifs exprimés en CAD sont calculés en fonction des taux de change actuels, lesquels peuvent varier au moment du voyage. Le paiement final sera réglé dans la devise locale directement à l'hébergement.

## Expedia Rewards

## Vous accumulerez  points Récompenses Expedia.

Obtenez le double de points Récompenses Expedia pour chaque réservation effectuée à partir de l'appli.

## Renseignements importants

**Frais supplémentaires relatifs à l'hébergement**
Ces frais et acomptes s'appliquent seulement s'ils ne sont pas déjà compris dans le tarif de la chambre sélectionnée.

Le prix ne comprend AUCUNS frais de service à l'hébergement, AUCUNE dépense personnelle (minibar ou appels téléphoniques, par exemple) et AUCUN supplément. L'hébergement évaluera ces frais et suppléments au moment du départ.

**Règles et restrictions**
Pour connaître les règles et restrictions, veuillez consulter votre itinéraire complet.

**Annulations et modifications**

Aucuns frais d'annulation ne sont facturés avant 23:59 (heure locale de l'hébergement) le 10 oct. 2024.
Les annulations et les modifications effectuées après 23:59 (heure locale de l'hébergement) le 10 oct. 2024 ou les défections engendreront des frais d'hébergement équivalant au tarif de la première nuit, plus les taxes et les frais.

**Frais par personne et capacité de l'hébergement**
Le tarif de base est pour 1 personne.
Si des tarifs sont répertoriés ci-dessous, ils peuvent être indiqués dans la devise du pays où est situé l'hébergement.
Nombre maximal de personnes par chambre ou unité : 3
Nombre maximal d'adultes par chambre ou unité : 3
Nombre maximal d'enfants par chambre ou unité : 2
Nombre maximal de jeunes enfants par chambre ou unité : 2
Cet hébergement considère que les clients âgés de 17 ans ou moins au moment du voyage sont des enfants.
L'hébergement ne garantit pas la disponibilité pour les voyageurs supplémentaires.

**Politiques relatives à l'arrivée**
Arrivée à partir de 15 h
Arrivée jusqu'à à tout moment
Âge minimum pour l'enregistrement : 21

**Instructions spéciales**
Le personnel de la réception accueillera les clients sur place.

**Instructions pour arrivée tardive**
En cas d'arrivée tardive, communiquez directement avec l'hébergement afin de vous renseigner sur les politiques en vigueur.

# Procurez-vous une assurance contre les annulations de dernière minute et les séjours manqués.

Assurer ma réservation d'hôtel

## Comment obtenir de l'aide

Pour toute demande spéciale ou question concernant votre chambre ou l'hébergement, communiquez avec Hampton Inn Boston/Marlborough.

Tél. : 1 508 787-9888 , Téléc. : 1 508 787-0877

Si vous avez besoin d'aide pour gérer cet itinéraire, veuillez communiquer avec Expedia.

Obtenez du soutien sur l'appli Expedia avec un accès aux agents virtuels en tout temps.

Gérer mon itinéraire

● **Vous cherchez autre chose?**
   · Annulation sans frais pour la plupart des réservations de chambres
   · Flexibilité pour votre prochain voyage avec l'option de payer maintenant ou plus tard

Afficher les offres

13/07/2025 17:21                     Gmail - Confirmation de voyage Expedia – ven. 11 oct. – (Itinéraire n° 72939807011811)

↗  Téléchargez l'appli Expedia

Énoncé de confidentialité    Service à la clientèle    Afficher en ligne

Tour East Holidays (Canada) Inc., 3500, boul. de Maisonneuve Ouest, bureau 610, Westmount QC
H3Z 3C1, Canada. N° de permis du Québec : 702246.

Le présent courriel et les liens qui y sont associés pourraient contenir vos renseignements
personnels. Veuillez le transmettre uniquement à des personnes en qui vous avez confiance.

Vous recevez ce courriel transactionnel à la suite d'une réservation récente, d'une interaction avec
nous, d'une adhésion ou de la mise à jour de votre compte sur le site Expedia.ca.