# United States Court of Appeals
## For the First Circuit

No. 25-1831

TOMMY GIGUERE,

Petitioner, Appellee,

v.

STACY TARDIF,

Respondent, Appellant.

**JUDGMENT**

Entered: August 17, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Maureen McBrien, Wendy O. Hickey, Matthew P. Barach, Brian T. Walle