# United States Court of Appeals
## For the First Circuit

No. 25-1831

TOMMY GIGUERE,

Petitioner - Appellee,

v.

STACY TARDIF,

Respondent - Appellant.

**MANDATE**

Entered: September 9, 2026

In accordance with the judgment of August 17, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Matthew P. Barach
Wendy O. Hickey
Maureen McBrien
Brian T. Waller