UNITED STATES DISTRICT COURT
For The DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-CV-10468-IT

TOMMY GIGUERE,
Petitioner

v.

STACY TARDIF,
Respondent

**PETITIONER'S SECOND SUPPLEMENTAL AFFIDAVIT OF FEES AND COSTS IN CONNECTION WITH RESPONDENT'S WRONGFUL RETENTION OF CHILDREN IN MASSACHUSETTS PURSUANT TO HAGUE CONVENTION ON CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION ARTICLE 26 AND ICARA 42 USC 11607(b)(3)**

I, the undersigned, Tommy Giguere, of my own personal knowledge, and upon my oath depose and state as follows:

1. I am the Petitioner in the above matter. In connection with my Hague Petition, I requested that fees and costs be ordered along with the return of our children to Quebec, Canada. On July 23, 2025, I submitted my first Affidavit of Fees and Costs seeking reimbursement of $134,530.27 USD and $28,230.89 CAD, which I incorporate by reference. On September 3, 2025, I submitted my First Supplemental Affidavit of Fees and Costs seeking an additional $53,262.17 USD.
2. I hereby respectfully submit this Second Supplemental Affidavit because, after I submitted my initial Affidavit and First Supplemental Affidavit, there was additional work performed and additional fees and costs incurred in connection with Respondent's appeal.
3. I have incurred additional legal fees and costs in connection with the Respondent's unsuccessful appeal this Court's August 26, 2025 Judgment in connection with my Hague Petition. On August 17, 2026 the First Circuit Court of Appeals issued an Opinion Affirming

the District Court Judgment with the final Mandate issued on September 9, 2026. I have continued to be represented by Brick, Jones, McBrien & Hickey LLP in connection with this matter including the Appeal. I incorporate by reference my two prior Affidavits of Fees and my September 15, 2025 Reply to Respondent's Opposition to Petitioner's Affidavit of Fees and Costs in Connection with 42 U.S.C. § 11607(b)(3).

4. Invoices for work performed by Brick, Jones, McBrien & Hickey LLP in connection with defendant against Respondent's Appeal for the period October 1, 2025 through September 7, 2026 are submitted herewith (Exhibit 1). The total fees and costs incurred in connection with the appeal was $75,886.21 USD.

5. Therefore, in addition to the $228,115.22 USD and $28,230.89 CAD previously requested in my prior Affidavits of Fees and Costs, I have now incurred a total of $304,001.43 USD and $28,230.89 CAD.

6. While I understand the Respondent does not have this kind of money on hand, she does own half of the equity in our Townhouse in Salisbury, so I am asking that her equity be assigned to me up to the totals stated above.

Signed under the pains and penalties of perjury this 21st day of September, 2026.

Tommy Giguere
ID x5wzTZv2beSewbrgBt92ereL

Tommy Giguere

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Petitioner's Second Supplemental Affidavit regarding legal fees and costs was electronically served on counsel for the respondent, Stacy Tardiff, at his email of record being mbarach@barachfamilylaw.com on this 21st day of September, 2026.

Wendy O. Hickey

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

Brick Jones McBrien & Hickey
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 12066 |
| **Invoice Date** | October 1, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | October 16, 2025 |

---

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 09/01/2025 | WH | Kidnapping | Evening texts / emails with Tommy | $625.00 | 0.20 | $125.00 |
| 09/02/2025 | WH | Kidnapping | Office conference with HK and AG; attention to emails; review and edit draft Updated Affidavit and Exhibit A; email to Tommy | $625.00 | 1.20 | $750.00 |
| 09/02/2025 | AG | Kidnapping | Attention to emails; Attention to order on motion to stay; meet with WOH and Hayley | $175.00 | 0.50 | $87.50 |
| 09/02/2025 | RS | Appeal | Attention to Notice of Appeal from Respondent and additional documents relating thereto; Prepare Appeals Bible for pleadings and conf WH; Memo to file. | $195.00 | 1.00 | $195.00 |
| 09/03/2025 | WH | Kidnapping | Morning call with Tommy; attention to several morning emails; log in and efile Supplemental Affidavit and Exhibit; instructions to RS; call to Andrew - left message | $625.00 | 0.80 | $500.00 |
| 09/04/2025 | WH | Kidnapping | Quick review of multiple emails; email to Tommy re: cs | $625.00 | 0.20 | $125.00 |
| 09/05/2025 | RS | Appeal | Attention to Appellant Motion to Stay Lower Courts Judgment to Return Children; Assembly and organize of same to file; Update pleadings; Email from client and respond with copy of Motion; Attention to texts between parties and assembly/organize of same to file. | $195.00 | 0.40 | $78.00 |
| 09/06/2025 | RS | Appeal | Attention to canadian complaint for custody and translation on same from Canadian counsel; Assembly and organize of same to file. | $195.00 | 0.10 | $19.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/08/2025 | RS | Appeal | Attention to Appeals Orders and Orders to Lower Federal Court; Attention to emails from court and organize/assembly of same to file and update of pleadings; Conf WH; Further attention to OPC email re agreement for no school; Assembly of same to file; Further attention and assembly/organize of additional appeals pleadings and update pleadings book; Further attention to second court email with edited docketing text on Stacy emergency motion and update of pleadings; Further attention to NOA WOH and update of pleadings. | $195.00 | 0.80 | $156.00 |
| 09/08/2025 | WH | Appeal | Early morning texts and call with Tommy; draft email to Matt and further texts with and call with Tommy; meet with AG; work on Opposition to further Motion to Stay; review email from Matt; discussion with AG and further call with Tommy; review AG's edits and incorporate and make further edits; email to Tommy; efile Opposition and serve Matt; review Motion filed by Matt; further communications with Tommy; call to court clerk; further email to Tommy; email with State Department | $675.00 | 5.10 | $3,442.50 |
| 09/08/2025 | AG | Appeal | Meet with WOH; review emails; review motion to stay and case law; edit Opposition to motion to stay appeals | $250.00 | 2.00 | $500.00 |
| 09/09/2025 | RS | Kidnapping | Attention to Stacy's Objection to our fees and costs and assembly/organize of same to file; Memo to file and update of pleadings on same; Transmit to client; Attention to MM EOA Appeals. | $195.00 | 0.30 | $58.50 |
| 09/09/2025 | SM | Appeal | Prepare notice of appearance for MM. | $195.00 | 0.10 | $19.50 |
| 09/09/2025 | WH | Appeal | Attention to email from Caroline and respond with all of the attachments; evening review of Appeals court order; texts / email with Tommy | $675.00 | 0.50 | $337.50 |
| 09/10/2025 | RS | Appeal | Attention to court order denying mothers motion and vacating loswer court stay; Assembly of same to file and update of pleadings. | $225.00 | 0.20 | $45.00 |
| 09/10/2025 | WH | Appeal | Attention to emails; evening text with Tommy; review Reply to Opposition to Motion for Stay | $675.00 | 0.50 | $337.50 |
| 09/10/2025 | SM | Appeal | Prepare notice for MM. | $195.00 | 0.20 | $39.00 |
| 09/11/2025 | WH | Kidnapping | Review Stacy's Opposition to Fee Affidavit and email to Tommy | $625.00 | 0.40 | $250.00 |
| 09/12/2025 | WH | Appeal | Morning texts with Tommy | $675.00 | 0.10 | $67.50 |
| 09/12/2025 | MM | Appeal | Pacer registration process | $675.00 | 0.20 | $135.00 |
| 09/12/2025 | WH | Kidnapping | Draft reply to Opposition to Request for Fees including research and review of invoices to ensure no need to redact attorney client privilege information; email to Tommy | $625.00 | 3.10 | $1,937.50 |
| 09/15/2025 | RS | Appeal | Further attention to order of court and assembly/organize of same to file; Update of pleadings; Diary deadline for reply brief on moot; Phone call to appeals re transcript order; Attention to Petitioners Reply Brief on Respondents Opposition to Fees and Costs and assembly/organize of 5 exhibits on same. | $225.00 | 0.60 | $135.00 |
| 09/15/2025 | WH | Kidnapping | Review email from Tommy; review edited draft of Reply to Opposition to Affidavit of Fees; further edits; finalize and e-file; serve on Brian | $625.00 | 0.80 | $500.00 |
| 09/15/2025 | WH | Appeal | Review updated order; email to Tommy; discussion with AG | $675.00 | 0.30 | $202.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/15/2025 | AG | Appeal | Review motion for fees | $250.00 | 0.50 | $125.00 |
| 09/16/2025 | WH | Appeal | Review orders from Quebec; email to Marie-France and Tommy | $675.00 | 0.40 | $270.00 |
| 09/17/2025 | WH | Appeal | Attention to emails; call with Tommy and further emails; work on further brief | $675.00 | 1.50 | $1,012.50 |
| 09/18/2025 | WH | Appeal | Research on issue of stay being moot; conference with AG; further work on Further Brief; conversation with AG; email to Tommy | $675.00 | 1.60 | $1,080.00 |
| 09/18/2025 | AG | Appeal | Case research on motion to stay for WOH | $250.00 | 1.00 | $250.00 |
| 09/18/2025 | RS | Appeal | Review of Safeguard Orders in English and French and redact all names of children throughout. | $225.00 | 0.20 | $45.00 |
| 09/18/2025 | AG | Appeal | Redline opposition to further motion to stay | $250.00 | 0.50 | $125.00 |
| 09/19/2025 | RS | Appeal | Attention to client comments and edits to further brief due today; Memo to file and assembly/organize to file; further attention to additional notices of filings and assembly/organize of same to file. | $225.00 | 0.30 | $67.50 |
| 09/19/2025 | WH | Appeal | Review comments from Alec and Tommy and further revise further brief in opposition to Motion to Stay; email to Tommy; final review and edits to Opposition; email to Tommy; review Stacy's supplemental brief and update our draft; texts and email to Tommy; finalize e-file and serve | $675.00 | 2.40 | $1,620.00 |
| 09/24/2025 | WH | Appeal | Attention to email | $675.00 | 0.10 | $67.50 |
| 09/29/2025 | WH | Appeal | Call from Andrew | $675.00 | 0.20 | $135.00 |
| 09/30/2025 | WH | Appeal | Email to Tommy; review email from Marie-Sage | $675.00 | 0.10 | $67.50 |
| **Non-billable Time Entries:** | | | | | | |
| 09/02/2025 | HK | Appeal | Meeting with Wendy and Alec. Working on drafting supplemental fee agreement. | $250.00 | 1.90 | $475.00 |
| 09/03/2025 | RS | Kidnapping | Attention to updated Affidavit of fees for client to sign; Prepare for signing and memo to file; Conf WH on same; Server on OPC; Update of pleadings. | $195.00 | 0.40 | $78.00 |
| 09/04/2025 | RS | Appeal | Attention to numerous emails between client and Mass PFC atty; Assembly and organize of same to file; Respond email to Mass PFC atty; Attention to email from OPC Appeals re EOA filed and court notices (x4); Update of pleadings on same. | $195.00 | 0.50 | $97.50 |
| 09/11/2025 | RS | Appeal | Attention to notifications on transcript order/docketing statement/statement to our objection; Assembly of all documents (x6) to file and update of pleadings. | $225.00 | 0.40 | $90.00 |
| 09/16/2025 | RS | Appeal | Attention to NOA MM for Tommy and assembly/organize of same to file; Update of pleadings and court notice on same; Transmit to OPC. | $225.00 | 0.20 | $45.00 |
| 09/22/2025 | RS | Appeal | Update of pleadings; Memo to file. | $225.00 | 0.10 | $22.50 |
| 09/24/2025 | WH | Appeal | Confer with AG | $675.00 | 0.20 | $135.00 |
| | | | | Totals: | **28.40** | **$14,908.00** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $14,908.00 |
| **Sub-Total:** | $14,908.00 |
| **Total:** | $14,908.00 |
| **Amount Paid:** | $14,908.00 |
| **Balance Due:** | **$0.00** |

## Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Oct 1, 2025 | Trust | $14,908.00 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 10/01/2025:
$15,092.00

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

Brick Jones McBrien & Hickey
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 12248 |
| **Invoice Date** | November 4, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | November 19, 2025 |

---

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 10/03/2025 | WH | Appeal | Attention to emails | $675.00 | 0.10 | $67.50 |
| 10/06/2025 | RS | Appeal | Attention to day 1, 2, 3 transcript filed and notices on same; Memo to file and update of pleadings; Draft of NOW SLC. | $225.00 | 0.30 | $67.50 |
| 10/06/2025 | WH | Appeal | Review of order; email to Tommy and team | $675.00 | 0.20 | $135.00 |
| 10/07/2025 | WH | Appeal | Attention to emails with Matt regarding briefing schedule; evening email | $675.00 | 0.30 | $202.50 |
| 10/08/2025 | WH | Appeal | Review proposed joint briefing schedule; email to Francesca; review revised schedule and approve | $675.00 | 0.20 | $135.00 |
| 10/20/2025 | WH | Appeal | Attention to order and email | $675.00 | 0.20 | $135.00 |
| 10/20/2025 | RS | Appeal | Attention to court entries/order re briefing schedule and deadlines, and native PDF requirements; Assembly and organize of same to file and update pleadings. | $225.00 | 0.20 | $45.00 |
| 10/28/2025 | RS | Appeal | Attention to emails with court reporter to order transcripts; Memo to file; Draft cover letter and fedex. | $225.00 | 0.20 | $45.00 |
| 10/30/2025 | WH | Appeal | Review local rules; review of file in preparation for drafting brief; prepare draft designation of appendix; email to Francesca; email to Tommy; further emails with Francesca; reviewing transcripts and making notes for brief | $675.00 | 6.30 | $4,252.50 |
| 10/31/2025 | WH | Appeal | Attention to email; continue reviewing transcripts and making notes for preparing brief | $675.00 | 2.30 | $1,552.50 |
| 11/01/2025 | WH | Appeal | Continue reading transcripts and making notes for brief | $675.00 | 1.00 | $675.00 |
| 11/03/2025 | WH | Appeal | Attention to email; continue reviewing transcripts and making notes for brief | $675.00 | 2.90 | $1,957.50 |
| 11/04/2025 | AG | Appeal | Review Appellants Brief and Judgment | $250.00 | 1.00 | $250.00 |

| Non-billable Time Entries: | | | | | | |
|---|---|---|---|---|---|---|
| 10/08/2025 | RS | Appeal | Attention to emails from counsel for Tommy and understanding next steps/deadline for briefs; Memo to file; Attention to draft Agreement on Briefing from OPC and assembly of same to file; Attention to Joint filing and update of pleadings. | $225.00 | 0.50 | $112.50 |
| 10/14/2025 | RS | Appeal | Attention to transcripts filed by court reporter for all days; Update of pleadings; Save to file. | $225.00 | 0.20 | $45.00 |
| | | | | Totals: | **15.20** | **$9,520.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 10/28/2025 | RS | Transcript Fee | Fee for transcripts from District Court | $548.90 | 1.0 | $548.90 |

Expense Total: **$548.90**

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $9,520.00 |
| Expense Sub-Total: | $548.90 |
| **Sub-Total:** | $10,068.90 |
| **Total:** | $10,068.90 |
| **Amount Paid:** | $10,068.90 |
| **Balance Due:** | **$0.00** |

## Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Nov 4, 2025 | Trust | $10,068.90 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 11/04/2025:
$5,023.10

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

Brick Jones McBrien & Hickey
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 12459 |
| **Invoice Date** | December 1, 2025 |
| **Payment Terms** | Net 15 |
| **Due Date** | December 16, 2025 |

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 11/04/2025 | WH | Appeal | Work on brief | $675.00 | 1.50 | $1,012.50 |
| 11/07/2025 | WH | Appeal | Work on brief | $675.00 | 1.50 | $1,012.50 |
| 11/07/2025 | RS | Appeal | Review of OPC table of authorities and assembly/print and organize of cases from table of authorities; Memo to file. | $225.00 | 0.75 | $168.75 |
| 11/12/2025 | WH | Appeal | Working on appeal | $675.00 | 0.90 | $607.50 |
| 11/12/2025 | HK | Appeal | Research on standard of review for acquiescence. | $325.00 | 0.60 | $195.00 |
| 11/13/2025 | WH | Appeal | Continue working on brief | $675.00 | 2.30 | $1,552.50 |
| 11/14/2025 | WH | Appeal | Detailed review of Mother's brief and appendix; email to counsel; making notes of arguments to be made; | $675.00 | 2.00 | $1,350.00 |
| 11/17/2025 | WH | Appeal | Continue working on brief; email to team to review/comment | $675.00 | 3.90 | $2,632.50 |
| 11/18/2025 | WH | Appeal | Continue working on brief | $675.00 | 3.70 | $2,497.50 |
| 11/18/2025 | AJ | Appeal | Review/comment on the brief | $675.00 | 1.20 | $810.00 |
| 11/18/2025 | AG | Appeal | Review findings and edit brief | $250.00 | 3.00 | $750.00 |
| 11/19/2025 | AG | Appeal | Continue review findings and edit brief; email WOH | $250.00 | 3.00 | $750.00 |
| 11/19/2025 | WH | Appeal | Continue working on brief | $675.00 | 5.60 | $3,780.00 |
| 11/19/2025 | AJ | Appeal | Conference with WH re proposed edits and arguments for brief | $675.00 | 0.70 | $472.50 |
| 11/20/2025 | WH | Appeal | Continue reviewing case law to add to brief | $675.00 | 3.90 | $2,632.50 |
| 11/20/2025 | AG | Appeal | Review case for WOH; email WOH | $250.00 | 0.20 | $50.00 |
| 11/21/2025 | WH | Appeal | Attention to email; continue reviewing cases and further work on brief | $675.00 | 5.10 | $3,442.50 |
| 11/21/2025 | SC | Appeal | Reviewed and edited draft brief. | $500.00 | 2.00 | $1,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/2025 | WH | Appeal | Continue working on brief checking and adding further citations, formatting and preparing table of contents, table of authorities, and addendum | $675.00 | 4.60 | $3,105.00 |
| 11/23/2025 | WH | Appeal | Final review of briefs making further edits, revisions and additions; finalize table of contents; email to team | $675.00 | 2.60 | $1,755.00 |
| 11/24/2025 | RS | Appeal | Conf WH and assembly of brief addendum and TOC as final document for filing purposes; Review all citations for numbering purposes. | $225.00 | 0.20 | $45.00 |
| 11/24/2025 | WH | Appeal | Discussions with RS for finalizing brief; review and incorporate MM comments; further instructions to RS; log in and file brief | $675.00 | 0.90 | $607.50 |
| 11/24/2025 | MM | Appeal | Reviewed and edited Appeals Brief | $675.00 | 0.80 | $540.00 |
| 11/25/2025 | WH | Appeal | Attention to morning emails | $675.00 | 0.20 | $135.00 |
| **Non-billable Time Entries:** | | | | | | |
| 11/05/2025 | RS | Appeal | Attention to brief and 2 appendices and assembly/organize of same to file and update of pleadings. | $225.00 | 0.20 | $45.00 |
| 11/06/2025 | RS | Appeal | Preparation of appeal and appendices for WH to review hard copies; Memo to file. | $225.00 | 0.10 | $22.50 |
| 11/10/2025 | RS | Appeal | Attention to court email stating 9 paper copies have been submitted to the court; Assembly of email to file and update pleadings binder. | $225.00 | 0.20 | $45.00 |
| 11/26/2025 | WH | Appeal | Check on status of paper production of brief; prepare letter to court and instructions for staff | $675.00 | 0.20 | $135.00 |
| 12/01/2025 | RS | Appeal | Attention to court email re five paper copies of appendix filed by ST; Update of pleadings; Memo to file. | $225.00 | 0.20 | $45.00 |
| | | | | Totals: | **51.15** | **$30,903.75** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 10/28/2025 | JD | Federal Express | FedEx to Robert W. Paschal, U.S. District Court | $24.26 | 1.0 | $24.26 |
| 11/24/2025 | WH | Expert Fees | Fee to MK Family Law for outside research | $550.00 | 1.0 | $550.00 |
| | | | | | Expense Total: | **$574.26** |

## Adjustments

| Item | Applied To | Type | Description | Basis | Percent | Line Total |
|---|---|---|---|---|---|---|
| Discount | Time Entries | % - Percentage | Courtesy adjustment | $30,903.75 | 10.0% | ($3,090.38) |
| | | | | | Discount Total: | **($3,090.38)** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $30,903.75 |
| Expense Sub-Total: | $574.26 |
| **Sub-Total:** | $31,478.01 |
| Discounts: | ($3,090.38) |
| **Total:** | $28,387.63 |
| **Amount Paid:** | $28,387.63 |
| **Balance Due:** | **$0.00** |

## Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Dec 1, 2025 | Trust | $28,387.63 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 12/01/2025:
$1,612.37

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

Brick Jones McBrien & Hickey
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 12674 |
| **Invoice Date** | January 5, 2026 |
| **Payment Terms** | Net 15 |
| **Due Date** | January 20, 2026 |

---

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 12/02/2025 | RS | Appeal | Attention to OPC Reply Brief and update pleadings; Transmit to client; Attention to email from OPC re incorrect brief and second notice from court on corrected brief of ST; Update of pleadings and transmit to client. | $225.00 | 0.40 | $90.00 |
| 12/02/2025 | WH | Appeal | Detailed review of Stacy's reply brief; email to Tommy | $675.00 | 0.50 | $337.50 |
| 12/05/2025 | WH | Appeal | Review and make notes on "corrected reply brief" | $675.00 | 0.40 | $270.00 |
| 12/23/2025 | WH | Appeal | Review of Notice of Oral Argument; email to Tommy; Prepare and e-file Designation of Attorney Presenting Oral Argument | $675.00 | 0.30 | $202.50 |
| 12/29/2025 | SC | Divorce | Email correspondence with client. | $500.00 | 0.10 | $50.00 |
| 01/05/2026 | SC | Divorce | Conference with WOH; email correspondence with client. | $500.00 | 0.20 | $100.00 |
| **Non-billable Time Entries:** | | | | | | |
| 12/11/2025 | RS | Appeal | Attention to court email re 9 paper copies and organize of same to file; Memo to file. | $225.00 | 0.10 | $22.50 |
| 12/17/2025 | RS | Appeal | Attention to court email re paper copies received; Assembly of same to file; Memo to file. | $225.00 | 0.10 | $22.50 |
| 12/23/2025 | RS | Appeal | Review of court email and oral argument notice and designation for oral argument pleading. | $225.00 | 0.20 | $45.00 |
| 12/29/2025 | RS | Appeal | Review of designation from OPC and update pleadings. | $225.00 | 0.10 | $22.50 |
| 01/05/2026 | WH | Divorce | Conference with SC | $675.00 | 0.20 | $135.00 |
| | | | | Totals: | **1.90** | **$1,050.00** |

### Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 11/26/2025 | WH | Federal Express | FedEx to US Court of Appeals, First Circuit | $32.60 | 1.0 | $32.60 |
| 12/04/2025 | WH | Copying Fee | KEY Discovery fees to print and bind brief | $323.58 | 1.0 | $323.58 |

Expense Total: **$356.18**

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $1,050.00 |
| Expense Sub-Total: | $356.18 |
| **Sub-Total:** | $1,406.18 |
| **Total:** | $1,406.18 |
| **Amount Paid:** | $1,406.18 |
| **Balance Due:** | **$0.00** |

## Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Jan 5, 2026 | Trust | $1,406.18 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 01/05/2026:
$13,206.19

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

Brick Jones McBrien & Hickey
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 12882 |
| **Invoice Date** | February 2, 2026 |
| **Payment Terms** | Net 15 |
| **Due Date** | February 17, 2026 |

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 01/05/2026 | WH | Appeal | Telephone conference with Tommy & SC | $675.00 | 0.30 | $202.50 |
| 01/16/2026 | SC | Appeal | Began review of appellate briefs. | $500.00 | 0.30 | $150.00 |
| 01/19/2026 | SC | Appeal | Continued review of Judgment and Appellate Briefs in preparation for oral argument. | $500.00 | 1.00 | $500.00 |
| 01/20/2026 | SC | Appeal | Completed review of Findings of Fact and Conclusions of Law and Appellate Briefs in preparation for oral argument. | $500.00 | 1.50 | $750.00 |
| 01/22/2026 | RS | Appeal | Organize and coordinate of argument prep book for attorney's argument. | $225.00 | 0.50 | $112.50 |
| 01/22/2026 | WH | Appeal | Review status with RS and instructions for materials to prepare for argument | $675.00 | 0.20 | $135.00 |
| 01/28/2026 | AJ | Appeal | Began reviewing briefs to assist preparation for oral argument | $650.00 | 1.00 | $650.00 |
| 01/29/2026 | WH | Appeal | Begin preparing for argument including re-reading briefs; researching judges on panel and their prior participation in Hague decisions and beginning outline of argument; email to Tommy and Atty. Sage | $675.00 | 4.10 | $2,767.50 |
| 01/30/2026 | AJ | Appeal | Review of briefs/case law | $650.00 | 1.40 | $910.00 |
| 02/02/2026 | AJ | Appeal | Moot oral argument with WOH | $650.00 | 1.30 | $845.00 |
| 02/02/2026 | MM | Appeal | Reviewed briefs; discussed argument w/ W. Hickey and A. Jones | $525.00 | 1.00 | $525.00 |
| 02/02/2026 | WH | Appeal | Continue working on outline of argument; mock argument with partners making note of comments and further work on argument outline | $675.00 | 3.30 | $2,227.50 |
| | | | | Totals: | **15.90** | **$9,775.00** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $9,775.00 |
| **Sub-Total:** | $9,775.00 |
| **Total:** | $9,775.00 |
| **Amount Paid:** | $9,775.00 |
| **Balance Due:** | **$0.00** |

## Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Feb 2, 2026 | Trust | $9,775.00 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 02/02/2026:
$20,225.00

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

Brick Jones McBrien & Hickey
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 13181 |
| **Invoice Date** | March 5, 2026 |
| **Payment Terms** | Net 15 |
| **Due Date** | March 20, 2026 |

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/03/2026 | WH | Appeal | Review email from Tommy; further edits to argument in preparation for further mock argument; further mock argument; further evening review of case law | $675.00 | 2.90 | $1,957.50 |
| 02/03/2026 | SC | Appeal | Appellate argument preparation. | $500.00 | 0.50 | $250.00 |
| 02/04/2026 | WH | Appeal | Further mock argument and revisions to outline for oral argument; break down argument further; email to Tommy | $675.00 | 1.70 | $1,147.50 |
| 02/04/2026 | MM | Appeal | Audience and commentary for W. Hickey argument | $650.00 | 1.00 | $650.00 |
| 02/04/2026 | AJ | Appeal | Argument preparation with WOH/MM; Follow up with WOH | $650.00 | 1.00 | $650.00 |
| 02/05/2026 | WH | Appeal | Travel to and from court in Boston; check in with clerk; wait for case to be called; argue appeal; review notice of argument; email to Tommy | $675.00 | 7.70 | $5,197.50 |
| 02/08/2026 | WH | Appeal | Review email from Tommy and respond | $675.00 | 0.10 | $67.50 |
| 02/17/2026 | WH | Appeal | Review email from Tommy with Stacy's request to Canadian Court; email to Tommy | $675.00 | 0.40 | $270.00 |
| **Non-billable Time Entries:** | | | | | | |
| 02/05/2026 | MM | Appeal | First Circuit Court of Appeals Argument; traveled to and from Boston | $650.00 | 5.00 | $3,250.00 |
| | | | | Totals: | **15.30** | **$10,190.00** |

### Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 02/05/2026 | WH | Appeal | Parking at Court | $44.00 | 2.0 | $88.00 |
| | | | | | Expense Total: | **$88.00** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $10,190.00 |
| Expense Sub-Total: | $88.00 |
| **Sub-Total:** | $10,278.00 |
| **Total:** | $10,278.00 |
| **Amount Paid:** | $10,278.00 |
| **Balance Due:** | **$0.00** |

## Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Mar 6, 2026 | Trust | $10,278.00 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 03/06/2026:
$8,812.00

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

Brick Jones McBrien & Hickey
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 13889 |
| **Invoice Date** | June 1, 2026 |
| **Payment Terms** | Net 15 |
| **Due Date** | June 16, 2026 |

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 05/26/2026 | WH | Kidnapping | Conference with AG re: lack of ruling | $675.00 | 0.20 | $135.00 |
| | | | | Totals: | **0.20** | **$135.00** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $135.00 |
| **Sub-Total:** | $135.00 |
| **Total:** | $135.00 |
| **Amount Paid:** | $135.00 |
| **Balance Due:** | **$0.00** |

### Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

### Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Jun 1, 2026 | Trust | $135.00 | Wendy Hickey (Attorney) | Operating |

## Account Summary

### Tommy Giguere's Trust Balance

Balance As Of 06/01/2026:
$8,202.00

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

Brick Jones McBrien & Hickey
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 14242 |
| **Invoice Date** | July 6, 2026 |
| **Payment Terms** | Net 15 |
| **Due Date** | July 21, 2026 |

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 06/15/2026 | WH | Kidnapping | Strategy conference with SC | $675.00 | 0.10 | $67.50 |
| 06/15/2026 | SC | Kidnapping | Conference with WH | $500.00 | 0.10 | $50.00 |
| | | | | Totals: | **0.20** | **$117.50** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $117.50 |
| **Sub-Total:** | $117.50 |
| **Total:** | $117.50 |
| **Amount Paid:** | $117.50 |
| **Balance Due:** | **$0.00** |

### Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

### Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Jul 6, 2026 | Trust | $117.50 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 07/06/2026:
$8,084.50

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 14359 |
| **Invoice Date** | August 3, 2026 |
| **Payment Terms** | Net 15 |
| **Due Date** | August 18, 2026 |

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 07/16/2026 | WH | Kidnapping | Conference with SC | $675.00 | 0.20 | $135.00 |
| 07/28/2026 | WH | Kidnapping | Review email from Tommy; respond | $675.00 | 0.10 | $67.50 |
| | | | | Totals: | **0.30** | **$202.50** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $202.50 |
| **Sub-Total:** | $202.50 |
| **Total:** | $202.50 |
| **Amount Paid:** | $202.50 |
| **Balance Due:** | **$0.00** |

### Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

### Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Aug 3, 2026 | Trust | $202.50 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 08/03/2026:
$7,739.50

**Brick Jones McBrien & Hickey**
250 First Avenue
Suite 201
Needham, MA 02494
United States
617-494-1227

Brick Jones McBrien & Hickey
DIVORCE + FAMILY LAW

**Tommy Giguere**
201 Rte du President-Kennedy, Vallee-Jonction
QC, CA, G0S 3J0

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 14725 |
| **Invoice Date** | September 7, 2026 |
| **Payment Terms** | Net 15 |
| **Due Date** | September 22, 2026 |

## Giguere, Tommy - Hague/Appeal

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/17/2026 | WH | Appeal | Review Judgment and Opinion; email to Tommy | $675.00 | 0.80 | $540.00 |
| 09/03/2026 | WH | Appeal | Review of email from Tommy; respond | $675.00 | 0.10 | $67.50 |
| **Non-billable Time Entries:** | | | | | | |
| 08/17/2026 | MM | Appeal | Reviewed decision | $675.00 | 0.40 | $270.00 |
| | | | | Totals: | **0.90** | **$607.50** |

**Terms & Conditions:**

Please note if you have an outstanding balance due and are also replenishing your retainer and are making one payment via credit card or e-check, you need to choose the retainer option to make the payment.
For any questions regarding billing please contact the Firm Administrator, Sally Penney, at spenney@brickjones.com or by phone at (781) 675-2489.

| | |
|---|---|
| Time Entry Sub-Total: | $607.50 |
| **Sub-Total:** | $607.50 |
| **Total:** | $607.50 |
| **Amount Paid:** | $607.50 |
| **Balance Due:** | **$0.00** |

### Outstanding Balance Summary

| Invoice # | Due Date | Original Balance | Balance Due |
|---|---|---|---|
| 14666 | 09/23/2026 | $7,285.00 | $2,020.50 |

**Outstanding Balance Total: $2,020.50**

### Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Sep 7, 2026 | Trust | $607.50 | Wendy Hickey (Attorney) | Operating |

## Account Summary

**Tommy Giguere's Trust Balance**

Balance As Of 09/07/2026:
$5,264.50

# eSignature Details

| | |
|---|---|
| **Signer ID:** | **x5wzTZv2beSewbrgBt92ereL** |
| Signed by: | Tommy Giguere |
| Sent to email: | tommgiguere1991@gmail.com |
| IP Address: | 207.134.122.112 |
| Signed at: | Sep 21 2026, 1:07 pm EDT |